1  ROBERT H. ROTSTEIN (SBN 72452),
   rxr@msk.com
2  ELAINE K. KIM (SBN 242066),
   ekk@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendants,
   James Cameron, Lightstorm Entertainment, Inc.,
7  Twentieth Century Fox Film Corporation,
   Dune Entertainment LP
8

9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| ELIJAH SCHKEIBAN, an individual, | CASE NO. CV 12-0636-R (MANx) |
| Plaintiff, | Honorable Manuel L. Real |
| v. | **DECLARATION OF JAMES BERKLEY IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
| JAMES CAMERON, an individual; LIGHTSTORM ENTERTAINMENT, INC., a California corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; DUNE ENTERTAINMENT LP, a Delaware limited partnership, | Time: 10 a.m.<br>Date: May 1, 2012<br>Ctrm.: 8 |
| Defendants. | |

Mitchell Silberberg & Knupp LLP
4527933.1

DECLARATION OF JAMES BERKLEY IN SUPPORT OF DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS

# DECLARATION OF JAMES BERKLEY

I, JAMES BERKLEY, declare as follows:

1. I am an employee of the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Defendants James Cameron, Lightstorm Entertainment, Inc., Twentieth Century Fox Film Corp. and Dune Entertainment LP . Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On March 19, 2012, I ordered copies of the motion picture Avatar on DVD.

3. On March 20, 2012 I received the copies that I ordered.

4. A true and correct copy of the DVD is attached hereto as Exhibit A.

5. I file this declaration in connection with the Notice of Manual Filing accompanying Defendants' Request for Judicial Notice and in support of Defendants' Motion to Dismiss Under Federal Rule 12(b)(6).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of March, 2012, at Los Angeles, California.

_____
James Berkley

2

DECLARATION OF JAMES BERKLEY IN SUPPORT OF DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS

# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

## to

## Declaration of James Berkley in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 12(B)(6)

## has been

## MANUALLY FILED



Exhibit A
Page 3