ROBERT H. ROTSTEIN (SBN 72452),
rxr@msk.com
ELAINE K. KIM (SBN 242066),
ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants,
James Cameron, Lightstorm Entertainment, Inc.,
Twentieth Century Fox Film Corporation,
Dune Entertainment LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH SCHKEIBAN, an individual, | CASE NO.  CV 12-0636-R (MANx) |
| Plaintiff, | Honorable Manuel L. Real |
| v. | **DECLARATION OF PAMELA BURCHETTE IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(B)(6)** |
| JAMES CAMERON, an individual; LIGHTSTORM ENTERTAINMENT, INC., a California corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; DUNE ENTERTAINMENT LP, a Delaware limited partnership, | Time: 10 a.m.<br>Date: May 1, 2012<br>Ctrm.: 8 |
| Defendants. | |

Mitchell
Silberberg &
Knupp LLP

4528088.1

# **DECLARATION OF PAMELA BURCHETTE**

I, PAMELA BURCHETTE, declare as follows:

1. I am an employee of the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Defendants James Cameron, Lightstorm Entertainment, Inc., Twentieth Century Fox Film Corp. and Dune Entertainment LP. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. I requested from the U.S. Copyright Office of the Library of Congress copies of the copyrighted screenplay *Bats and Butterflies,* registration number PAu 2-474-218. I also requested copies of the copyrighted treatment *Bats and Butterflies*, registration number PAu 2-654-383.

3. On February 27, 2012, the Copyright Office provided MSK with a copy of the registered screenplay. On that day, the Copyright Office also provided MSK with a letter stating that the deposit copy of the treatment has been lost by the Office.

4. The true and correct certified deposit copy of the screenplay is attached hereto as Exhibit A.

5. A true and correct copy of the Copyright Office letter regarding the treatment is attached hereto as Exhibit B.

6. I file this declaration in connection with the Notice of Manual Filing accompanying Defendants' Request for Judicial Notice, and in support of the Moving

Defendants' Motion to Dismiss under Federal Rule 12(b)(6).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of March, 2012, at Washington, District of Columbia.

*[signature]*
Pamela Burchette

# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

## to
## Declaration of Pamela Burchette in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 12(B)(6)

## has been

# MANUALLY FILED

# EXHIBIT B

# EXHIBIT B




**United States Copyright Office**
Library of Congress · 101 Independence Avenue SE · Washington, DC 20559-6000 · www.copyright.gov

Pamela Burchette
1818 N Street NW
8th Floor
Washington, DC 20006

Dear Pamela Burchette:

This letter is in response to your request of recent date for a copy of the work registered under number PAu 2-654-383.

Several searches at the Deposit Copy Storage Area failed to locate the work entitled **BATS & BUTTERFLIES** registered under number **PAu 2-654-383**. At this time the work is listed in the Records Research and Certification Section as missing and presumed lost, therefore, we are unable to provide a copy of the work at this time. We apologize for any inconvenience this may cause.

Enclosed is a receipt for fees received and services rendered.

Sincerely,

Chanda Malik
Records Research and Certification Technician
Records Research and Certification Section
Information and Records Division

Library of Congress
101 Independence Ave, SE
Washington, DC 20559-6000
www.copyright.gov



Exhibit B
Page 5