```
 1  ROBERT H. ROTSTEIN (SBN 72452),
    rxr@msk.com
 2  ELAINE K. KIM (SBN 242066),
    ekk@msk.com
 3  MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
 4  Los Angeles, California 90064-1683
    Telephone: (310) 312-2000
 5  Facsimile: (310) 312-3100

 6  Attorneys for Defendants,
    James Cameron, Lightstorm Entertainment, Inc.,
 7  Twentieth Century Fox Film Corporation,
    Dune Entertainment LP
 8
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH SCHKEIBAN, an individual, | CASE NO. CV 12-0636-R (MANx) |
| Plaintiff, | Honorable Manuel L. Real |
| v. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(6)** |
| JAMES CAMERON, an individual; LIGHTSTORM ENTERTAINMENT, INC., a California corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; DUNE ENTERTAINMENT LP, a Delaware limited partnership, | Time: 10 a.m.<br>Date: May 1, 2012<br>Ctrm.: 8 |
| Defendants. | |

## Request For Judicial Notice

### I. INTRODUCTION

Pursuant to Federal Rules of Evidence 201(b) and (d), Defendants James Cameron, Lightstorm Entertainment, Inc., Twentieth Century Fox Film Corp. and Dune Entertainment LP respectfully request this Court to take judicial notice of (1) the certified U.S. Copyright Office deposit copy of Plaintiff's screenplay titled *Bats and Butterflies*, which is attached as Exhibits A to the Declaration of Pamela Burchette; (2) the letter from the U.S. Copyright Office stating that the Office lost Schkeiban's registered treatment for *Bats and Butterflies*, which is attached to the Burchette Declaration as Exhibit B; and (3) the DVD of Defendants' motion picture *Avatar*, which is attached as Exhibits A to the Declaration of James Berkley, both of which declarations accompany the Notice of Manual Filing, and all of which are filed in support of this Request For Judicial Notice and the Defendants' Motion to Dismiss under Federal Rule 12(b)(6).

### II. DEFENDANTS' REQUEST SHOULD BE GRANTED BECAUSE, IN COPYRIGHT CASES, JUDICIAL NOTICE IS PROPERLY TAKEN OF WORKS WHOSE CONTENTS ARE ALLEGED IN THE COMPLAINT.

Federal Rule of Evidence 201(b) provides that facts are subject to judicial notice when they are "not subject to reasonable dispute in that [they are] ... capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Federal Rule of Evidence 201(d) states that "[a] court shall take judicial notice if requested by a party and supplied with the necessary information."

On a motion to dismiss, a court may take judicial notice of documents outside the pleadings when the documents are referenced in the complaint. *See Knievel v. ESPN*, 393 F.3d 1068, 1076-77 (9th Cir. 2005) ("We have extended the

1  incorporation by reference doctrine to situations in which the plaintiff's claim
2  depends on the contents of a document, the defendant attaches the document to its
3  motion to dismiss, and the parties do not dispute the authenticity of the document,
4  even though the plaintiff does not explicitly allege the contents of that document in
5  the complaint."); *see also Thomas v. Walt Disney Co.*, No. 07-4392, 2008 U.S.
6  Dist. LEXIS 14643, *5, n.1 (N.D. Cal. Feb. 14, 2008), *aff'd* 337 Fed. Appx. 694
7  (9th Cir. 2009) (unpublished); *Zella v. E.W. Scripps Co.*, 529 F. Supp. 2d 1124,
8  1128 (C.D. Cal. 2007).
9        In copyright cases, courts routinely take judicial notice of allegedly infringed
10 and infringing works when evaluating substantial similarity on a motion to dismiss,
11 because works alleged in the complaint are deemed incorporated by reference and
12 treated as a part of the pleading. *See*, *e.g.*, *Thomas*, 2008 U.S. Dist. LEXIS 14643,
13 *5, n.1 (taking judicial notice of plaintiff's copyrighted literary work *Squisher the*
14 *Fish* and allegedly infringing motion picture *Finding Nemo*); *Zella*, 529 F. Supp.
15 2d at 1128 (taking judicial notice of episodes of allegedly infringing *Rachael Ray*
16 reality talk show). Courts will also "take judicial notice of generic elements of
17 creative works" such as stereotypical character types, formats, and other stock
18 elements. *Zella*, 529, F. Supp. 2d at 1129.
19       Here, because Plaintiff has alleged the contents of *Bats and Butterflies* and
20 *Avatar* in his Complaint, judicial notice is warranted. The copies of the works and
21 their contents, as well as the Copyright office letter attached to the Burchette
22 Declaration as Exhibit B, are not subject to reasonable dispute and are capable of
23 accurate and ready determination by resort to sources whose accuracy cannot
24 reasonably be questioned. Accordingly, Defendants respectfully request that the
25 / / /
26 / / /
27 / / /
28

1 | Court take judicial notice of the Exhibits.

3 | DATED: March 22, 2012        MITCHELL SILBERBERG & KNUPP LLP

By: s/ Robert H. Rotstein
 Robert H. Rotstein
 Attorneys for Defendants,
 James Cameron, Lightstorm
 Entertainment, Inc., Twentieth Century
 Fox Film Corporation, Dune
 Entertainment LP