Case 2:12-cv-00030-R-MAN Document 22-2 Filed 04/16/12 Page 1 of 40 Page ID #:159



I ponder on the edge of reason for as long as I have
the will to imagine. My only chance of finding out
what is beyond the thickening fog of such inexplicable
existence is to step into nothingness.

Contemplation is deliberate. Dream is a refuge
and letting go of rationality is the perpetual yearning
of the organizers of such realm. Abandoning logic
and allowing the paradox of hypothetical assumptions
to reign is a sanctuary where I dare to script my
peculiar ideas.

With precious time running out the yearning to write
becomes an urgent obligation.

I am thankful the muses permit me to share my
reckless thoughts with you.

— Elijah Schkeiban

ELIJAH SCHKEIBAN

BATS & BUTTERFLIES

"Heroes come
in all shapes
and forms...
do not let
one's looks
deceive you."

—Queen
Galina

BATS & BUTTERFL

ELIJAH SCHKEIBAN

# Bats and Butterflies

by
Elijah Schkeiban

"Magical enchantment, a journey to ride
Past and future drift then collide
Noise whispers, silence echoes wide
Imagination reigns, nowhere to hide."
-E.

1001 SHAHERAZAD BOOKS, Burbank, CA

1001 Shaherazad Books
Published by the 1001 Publishing Group
Burbank, CA

This is a work of fiction, names, characters, places, and incidents, either are the
product of the author's imagination or are used fictitiously, and any resemblance
to actual persons, living or dead, events, or locales is entirely coincidental.

Copyright © 2005 by Elijah Schkeiban.
Cover design by Elijah Schkeiban
Text design by 1001 Books

All rights reserved.
This book or parts thereof, may not be reproduced in any form without permission.
The scanning, uploading, and distribution of this book via the internet or via any
other means without the permission of the publisher is illegal and punishable by law.
Please purchase only authorized electronic editions.
Your support of the author's rights is appreciated.

PRINTING HISTORY
First edition / 1st Books / August 2002
Second Edition / 1001 Shaherzad Books / 2005

The Library of Congress has catalogued the original softcover as follows:

Schkeiban, Elijah, 2002
Bats and Butterflies / by Elijah Schkeiban.

ISBN: 2-002-11174-8

SECOND EDITION

PRINTED IN THE UNITED STATES OF AMERICA.

10   9   8   7   6   5   4   3   2   1

## 1.

## ON THE WAY HOME

"Running away does no one any good. This is the last time I
am going to run. I am already tired of escaping, tired of trying
to make any sense of what is happening to me. No one has
any idea of what I have to endure, what I have to tolerate, and
why I have to relentlessly escape."

Joshua Robbins, an orphan at thirteen, ended his class-
assigned journal, put his pen down, and sat back in thought.
Reflecting on certain events of his life, he wondered how could
they have happened and why it seemed so long? He picked-
up the pen absentmindedly, lost in thought for a moment
and recalling the day the police came to his home. He'd been
waiting up restlessly all night for his parents to return. The
news the police brought was of a car accident, but their story
quickly changed. Both his parents were killed in the crash,
and his life took a sudden turn: everything in his world was
altered completely.

A succession of unfortunate decisions had brought him
eight months later to this last entry in his journal. His life
was no longer his. It was now to be dictated by the rules and
regulations of the state.

Already he had been through two foster homes and had
run away from both. The first time the police caught him
back inside his family home. The second time he repeated

this incident though what he found at the gate was a "FOR SALE" sign. Discouraged, he turned himself in exhausted and starved. He was quick to learn that the streets could never become his refuge. It was too hard out there, much too tough for him to bear. Now in his third foster home he was beginning to get used to the routine and the rules of a new life that was a bit easier. At least he was back in his hometown, a territory he knew well. His temporary guardian Linda, a heavyset chocoholic, had created a severe, secure cell for him. His room had four walls, bare except for a few discolored patches where pictures used to hang. The idea was that nothing would distract him from paying attention to his homework in such a plain and confined space. A table rather than a desk and a thin mattress on the floor were his only furniture. Strangely, though, Joshua felt good to be locked up in this room. He felt isolated and secure from all the injuries of the world. He also, oddly enough, had become familiar with being punished unfairly, and in the past eight months he had found a need to be left alone. The solace of the dark and the company of solitude were exactly what he needed to think things over and to figure out how to maintain his sanity. He had found and hidden an old candle under his mattress. Many nights he sat on the floor, leaned against the cold wall, and stared at the faint candlelight that flickered in front of him wishing he could disappear. In the end, he simply detached himself from everything and everyone. That way no one could harm or touch him anymore; no pain could scar him ever again. His feelings simply remained under his control. His guardian did not care. No matter what went on, she never bothered to listen

to his side of the story. For any annoyance, any displeasure, he was grounded for hours. Sometimes, depending on the gravity of the matter, he was left without dinner, without electricity, and without hope. All alone in the shimmering candlelight, he would take off his prized possession, his father's gold diving watch that he always wore. It was the only token that remained from his parents. He would turn it over and look at the engraved message on the back of it, "Happy birthday from Mom and Josh". He would blow a breath and rub his fingers across its silver surface, polishing and cleaning it in the candlelight. His mind then would drift across the busy city through the suburban woods surrounding the estate that once had been his home. He would dream of his father and the wonderful home his mother had given him. He would dream of the stars and remember the stories his father had told him. Because of his truancy, he had been put into a continuation school for troubled students. At least this time he was in his hometown. That was his only consolation. He was once again on familiar grounds walking recognizable streets and passing his old house as often as he could. All his memories were locked behind some chained gates and calling to him.

Suddenly everything stopped, the moment came to a halt and reality hit him hard. He missed the old house.

From the front of the classroom, the teacher's words faded away. Joshua slid his hand into his pocket and held his father's gold watch. Everything around him blurred and dimmed, and was replaced by Joshua's imaginings.

He saw his father leading him up the circular stairway to

a room he had built at the top of the house. The room was glass and contained a huge mechanical telescope, like a small observatory. He was always fascinated by its sheer size. There was even a chair attached to it that swiveled and moved and gave him a perfect view through the lens. When he was small, his father held him on his lap and showed him the entire universe. He told him stories of strange places and new worlds as yet to be discovered. He loved those times. He could almost feel his father's arms fold around him. His voice still whispering in his ear, telling tales about Saturn and Pluto and even a mysterious, far, far away planet that sat at the edge of our galaxy called Altair. His father's genius and vast knowledge of science and astronomy seemed unending. His stories had given Joshua an astounding knowledge of the stars. Because he was so special, he stood out in a crowd no matter how hard he tried to hide.

Eric, a fourteen-year-old thug and a member of a small gang, had not taken his eyes off Joshua all day long. He was watching, as the boy appeared to be lost in his own world. He had not left him for a minute. Even later when Joshua had been called to the dean's office, Eric had pretended that the dean had also sent for him. He sat on the chair next to the brown door of the office for over twenty-five minutes, patiently waiting and carefully listening to every word. Joshua was being reprimanded.

"Joshua, your grades are too low, and you are failing in three out of five classes. Your teachers say you never pay attention in the classroom. You're always in a daydream and you do not complete your homework. It's been three months since you were transferred to this school, and you, I assume deliberately, seemed not to have made any friends."

Joshua sat silently, his head down.

Outside Eric giggled, holding his hands over his mouth to keep his laughter under control. "The jerk is in real trouble," he thought. "He deserves it."

Inside the dean's office, Joshua had taken all he could take of blame, accusations, and scolding. He had finally turned a deaf ear. He raised his head and stared out the window at the trees. He was tired of defending himself, and he was sick of everyone getting on his case. He had seen Eric entering the waiting room behind him, and he had a feeling that he and his three friends were definitely up to something. Without knowing it, he rubbed the cast on his broken left arm, as a grin spread across his face for reasons he was not ready to share.

Though that day had occurred about four weeks ago, it was still vivid in his memory. It had been steadily raining as usual and was a bit cold. The school playground was wet and empty, and a large pool of rainwater had expanded over the entire area. As a result, the students stayed indoors. Some of them hung around the hallways, while others pressed their noses against the windows covered with condensation.

Outside, four students surrounded Joshua, tearing at him

and ripping his jacket off his body. He had already managed to dodge a few hard punches even though he could not see. The broken frame of his discarded glasses lay in a pool of mud. Bruce delivered the most painful hits. Stanley, the smallest and weakest of the group, only kicked ineffectively like a little girl. Eric circled Joshua, measuring his punches very carefully. Because Eric's punches were thrown from a considerable distance, they all whiffed. Joshua dodged and ducked the whole time, protecting his prized watch. He had not thrown a single punch to defend himself. Brad took his time to move in closer and aimed for Joshua's stomach and connected. Electrical shocks of pain flashed through every fiber of Joshua's body. Even through his blurred vision he still managed to make out the forms and shapes of the battering fists that rained down upon him. Finally, wet and muddy, he surrendered, falling to his knees.

Inside, the students were squeezing against each other and wiping the moisture off the windows to get a glimpse of the fight. A teacher left her classroom at once and ran down the hall.

Outside, Brad, Bruce, Eric, and Stanley continued to punch and kick Joshua. They were aiming for his prized watch. As Joshua attempted to stand up, Eric threw a punch but at the same time Joshua staggered. The punch missed, and the follow-through carried it past him, directly into Bradley's face. Even the dazed and exhausted Joshua had heard the crunch as Bradley's nose broke. The silver nose ring he had been wearing, embedded deep into his flesh. He lost his balance and fell to the ground beside Joshua, bleeding.

The alarm having been given and, ignoring the rain, teachers emerged from the building and began to converge on the five combatants. For a moment the three thugs panicked and hovered over their fallen leader, who was now holding his face and crying like a spoiled child. Frightened, Eric cried even harder than Bradley as he fled with Bruce and Stanley. Teachers took Joshua and Bradley to the school nurse. Both were suspended and sent to the hospital for a check up. Bradley's broken nose was set in bandage, and it was discovered that Joshua's arm had been broken in two places.

Angered by Joshua's seeming lack of attentiveness, the dean slapped his hand on the desktop, and with a controlled voice, warned him, "Pay attention to me, Joshua. I can see what your teachers mean by your lack of interest. I am done trying to help you. If you get sent to my office one more time for any reason whatsoever, you will be kicked out of school for good. Young man, this is your final warning. Now get out of here."

Still grinning, this time over the thought of Brad's broken nose, Joshua rose to his feet and with blatant indifference, walked out of the dean's office. On his way out, he passed Eric, who was still sitting on the chair waiting for him. From the smirk on Eric's face, Joshua knew immediately that his worries were not over. He was certain his four attackers had something new in mind for him. But no matter what it was, he was going to be ready for them.

Back in his English class, Joshua settled once more into his seat. The teacher's voice continued to drone from the front of the room. Joshua drifted back into his own world and

thought about the night after the fight. Linda had not even noticed the cast on his arm, and because he was dirty, he had been sent to his room without dinner. He had lit his candle once again. As it slowly burned down and went out, he was left in complete darkness. A sudden noise outside his room made him slip under the blanket. He peeked from beneath the cover and saw the shadow of Linda's large feet blocking out the hallway light from under the door. He knew Linda was listening to make sure he was asleep. He had noticed her on many occasions standing there with her ear pressed against the door and eavesdropping on him. Linda never realized what went on in her home late at night. When finally she closed her bedroom door and went to sleep, the house belonged to Joshua. He had learned how to unlock his door and was able to sneak out and roam the house late at night, moving about like a ghost. It was the only freedom he had.

Eric's return to the classroom brought Joshua back from his daydream. The boy walked right up the aisle and sat two seats over from him. Joshua was aware of Eric's eyes on him, watching.

Four monotonous long weeks of midterms and exams went by, and the mood in the school had returned almost too normal. A full month of recuperating, nursing scars, and healing fat egos and hurt feelings had seemed to bring a new calm. At least that's how it seemed on the surface. Bradley's nose had almost healed but not his dignity, and today he had been itching for a new fight. Anger and aggression had turned

into unbreakable habits. For over a week, he and his gang had thought out and carefully choreographed a plan to get back at Joshua. Of these schemes, Joshua knew absolutely nothing. However, the watchful Eric aroused his suspicions. Joshua thought, "I will have to make some preparations if I am going to escape this time." He remembered something he had seen while he was in the dean's office. He had been staring out the window while being bombarded with meaningless blames and accusations and noticed that there had been a cat in the elm tree. He thought maybe he could use it.

Today was his swimming class after school. Money for underprivileged students had run out, and he could only sit alone on the bench and wait for the class to end. There was really no point in going. He would skip, he decided. The gang would also be there.

Stanley and Bruce peaked through windows and slightly ajar doors to keep Joshua under surveillance. They decided to split into two pairs. Bruce and Stanley would follow him to swimming class, while Brad and Eric waited outside the main building. On the way to swimming class they lost him, and when they discovered he was not there, they also skipped. They pretended to have food poisoning as an excuse. Stanley was even forced to regurgitate his lunch in front of the swimming coach. Afterwards he really did feel sick, and a stomachache compelled him to go home, although Brad refused to let him. As they left the swimming pool, Bruce continued to bolster Stanley's courage. Brad promised he could be a part of that

night's adventure. They would give Joshua a lot more than a beating, and Stanley would be given the honor of shredding all of Joshua's books and notebooks into tiny scraps. He could also destroy those funny looking taped glasses and crush the lenses to pieces. Eric had a thought. "Yeah, I could even get my hands on that watch and give it to Brad. He'd really like that — he'd forgive me for punching him and breaking his nose."

The idea of overpowering Joshua was exhilarating. Bruce and Stanley found Brad and Eric, and together their mood escalated, just as their fury and rage for losing Joshua did. They headed toward a bush near the entrance of the school where four duffle bags had been stashed. Now they could begin to search for their prey again. The four stood outside the building, duffle bags in hands; they fumed with anger, ready for a fight.

Bradley said, "If he was not in swimming, he must still be inside. He didn't come out past us. I don't want to give him too much time, so let's get ready."

It had been over three hours since the final school bell had rung for the day, and the aging building was now quiet. The old school hallway, a claustrophobic tunnel, lay long and dark, stretching like a yawning, aging beast. Its walls carried old scars made by sharp knives and broken pencils from yesteryear. Dusty light from old fluorescent bulbs cast a dim hue that barely illuminated the gloom. A few of the lights had flickered out, and vandals with nothing better to do, had shattered others to better prove themselves to their peers. Sometimes boys, who wanted the attention of a girl, also partook in the vandalism.

Today, a shy winter afternoon, sunlight filtered through the dirt-tinted windows of westerly facing classrooms. At this time of day and in these rooms it was the only source of daylight that gave any feeling of depth. The shadows of the long naked branches of an aging elm were cast against the walls. Outside a slight wind kept the branches moving in and out of the light, making the shadows inside dance with their own eerie, ghostly existence. Shades of dark gray dominated. The warmth of the day had left, and it was as though the building had purposely been stripped of any sort of charm. Silence reigned.

A lone janitor had finished mopping the floors, and the chipped marble tiles were now almost dry. A forgotten torn book on a window ledge and a broken, bleeding, blue pen missed by the mop were the only proof of the presence of the students who had roamed around the building just a few hours earlier.

The old school building was an odd and mysterious place. In every corner, in every corridor, and in every classroom there was the possibility of adventure, or misadventure. In the hallway there was the faint sound of breathing, or was it the last breath of the cold autumn wind in the trees outside? Near the front door a shadow moved. Joshua had stayed behind, choosing the location and setting up the course for

their confrontation. If he was going to succeed, he had to remain on top of everything and make sure his own plan was in place. He waited quietly, measuring the moments and counting the seconds, and time dragged until finally darkness fell.

Without warning, the front door burst open. A small army of footsteps that were terrifying in their loudness shattered the silence. There was a rhythm as boots stomped the shiny marble. Black skid marks were purposely smeared across the clean tile floors. Then suddenly the footsteps halted. Four flashlights stabbed the dim and dark hallway. Once more the steps continued, turning eventually to a dribble and escalating to a rhythmic run. Long swords of light glided in all directions, slicing across dim corners and illuminating murky areas.

Bradley and his gang, Eric, Bruce, and Stanley, combed the hallway inch by inch. They had become the terror of the school, bullying everyone, including a few teachers. All four had dyed their hair black and fashioned it into flat tops. They looked as if they had just popped out of a Japanese comic book. Not the usual school attire, they wore baggy pants with patched knees. Heavy dangling chains draped from worn back pockets and swung freely. Their features were coarse and rough. Bradley took off his nose patch to show a sign of authority over everyone. Eric's black flattop was covered by a red bandana that was tied around his forehead. He felt it was a sign of his wit and intellect.

Bruce's badge was a pair of fake tattoos illustrating motorcycle chicks, one on each shoulder. On the first two days of the week he showed them off by wearing sleeveless shirts. That's because they were still shiny and newly glued on. The rest of the week they were left for his personal enjoyment but quickly faded away. Because daily showers would wash away the fake tattoos, Bruce always smelled bad.

Stanley, Bradley's one and only first cousin, was not a true member of the gang. He was only Bradley's toady. Red haired, a face full of freckles, thick glasses, and overweight, he was the typical geek, yet Stanley acted as though he was in charge - an attitude he often assumed in many situations.

Bradley quickly found the light switch, but only two fluorescents came on. The rest of the hallway remained dark.

"Hey furball, where are you? Small dark corners will not hide you for long, you little rat!" yelled Bruce. "You should have figured that out by now."

Bradley laughed.

"Come out, come out, wherever you are, little runt," shouted Eric, still considering himself the brightest of the four. Without anything more intelligent to say, Eric backed up his empty words with a bit of a plea. "Don't make it hard on yourself. You know you can't get away from us, you rat. It's like hate at first sight - you are ours."

The hallway was silent with only a fake echo of challenge to reverberate between the walls.

Eric turned to Bradley, still trying to make up for his grave

mistake. "I'm going to stomp his brains out when I find him, and they are going to be mush. He'll be sorry for causing your broken nose."

"He's here... I can smell him," said Bradley, nodding with his head and sniffing the air like a wild beast in search of prey. "I can smell you!" he yelled. "You're sweating with fear like an old, wet and scared stinking dog." Bradley stuck out his hands, stopping everyone from taking another step forward. The four stood, holding their breath for as long as they could, listening, hoping Joshua would make a noise. They had little hope of him deliberately letting himself be seen, but there was no loss in trying. Nothing happened though, not a sound, not a stir. The darkness remained as tranquil as a void.

"Hey, Furball!" screamed Bradley. "Start counting down your minutes of freedom. You're going to get it in the worst way possible. You're dead meat. Nobody cares. You're dead meat. Nobody will ever miss you."

"Yeah, yeah!" joined Stanley.

Bruce and Eric glared at Stanley for his lame reaction.

"What?" responded Stanley, not knowing how unintelligent he could be at times.

Bradley, scowling, shook his head and looked away, ignoring Stanley and embarrassed by his weakness.

"Where is that rat?" said Bradley. "He's got to be here. I stood at the gate counting heads and checking faces, and for what? Can anyone tell me?"

There was silence.

"You dorks can't do anything right, how can you have lost him? All this planning for nothing."

Furious, frustrated, and dissatisfied, Bradley became unglued. He jumped in the air and threw his flashlight at one of the remaining light bulbs. It exploded with a loud bang. The flashlight fell to the floor in a shower of glass and darkness covered the end of the hall. The only beam of light was now behind them, and it cast their long and menacing shadows into the darkness. "He never left the school, he's still on the premises. I know that for sure," Bradley spat out, while his eyes searched the darkness for the flashlight.

Eric's light illuminated the broken glass scattered on the floor, while Bradley's flashlight rested against the wall. "There it is!" Glass crunched underfoot as Bradley reached for the light. "Damn it's broken; give me yours, Stanley," he demanded. Stanley quickly exchanged his flashlight with his cousin's. With a little patience and a few flickers, the flashlight was back on.

Now they aimed their lights in every direction possible. "So where is he? He's not a wizard. He couldn't have just vanished!" Bradley barked, lightly rubbing his nose. He even flared his light at the ceiling to make sure Joshua was not hanging down from an overhead beam.

"I was right behind him when he snuck out of the classroom," Stanley whined, cowering under Bradley's intense anger. "He didn't see me follow him, and I know for sure he never saw me keeping an eye on him. I made sure he never saw me. For sure he never saw me," repeated Stanley. He looked at the rest of the gang, seeking their support.

They all eyed him with dissatisfaction and doubt. The blame had to fall on someone. It was falling hard on him.

"You're just as bad as Joshua, sometimes even worse," snapped Bradley. "You're a dumb weakling, a tagalong, a stupid ninny. If you weren't my cousin, we'd be looking for you. You're such a loser."

"Let's not waste time on him," interjected Bruce, pushing Stanley out of the line and leaving him standing in the semi-darkness. "We'll keep looking. He must be here, he has to be here somewhere." He took a step back. "But if we can't find him we'll have this one to take care of." Bruce pushed Stanley farther away from the rest and deeper into the darkness.

Beginning to really worry now, Stanley started shaking in his shoes. He leaned against the wall, his flashlight pointing down at his shoes. He knew how cruel they were. These guys never showed any mercy. They thrived on beating and hurting others. Once they started, it was like a hunger, hard to satisfy and even harder to stop.

Bruce aimed the beam of his flashlight at the nearest classroom door. He moved toward it, and the others followed. He pushed open the door and flashed his light inside. Empty. The others spread out to other classrooms further down the hallway.

All empty.

Eric yelled, "What the hell are we doing? He's not here." He flashed his light in Bruce's eyes, blinding him for a few seconds. Frustration was near the breaking point. Bruce raised his light like a weapon ready to strike at Eric. "Get that thing out of my eyes. If he is in any of the classrooms, he's trapped."

"Yes, if he's here, he's trapped," responded Eric. He continued flashing his light in Bruce's face.

Pushed over the edge, Bruce swung his flashlight in the dark and with a clunk it found its target. Eric, the recipient, staggered to his knees, blood spilling out of his mouth.

"Yeow! You dirt bag," screamed Eric. "I'm bleeding," he cried, as he spit blood. Tears ran down his cheeks.

Bradley jumped between them. Once the fighting started he knew it was over. He immediately took charge and stopped it as quickly as it began. He kicked Bruce on the knee to distract him and pushed Eric back to the ground, making him land on his butt. He also smacked Stanley on the back of his head, grabbed him by his jacket, and pulled him out of the darkness and into the group.

"Now!" snarled Bradley with authority, his voice carrying a chill. "Since I finally have everyone's attention, let's get back to the point. Concentrate on finding Joshua." He took a deep breath and leaned against the wall, flicking his flashlight on and off.

In a moment everyone calmed down. They knew it was time to listen to Bradley. "Are you all sure he didn't go home before the bell?" asked Bradley, still flicking the light on and off and shaking his head. He watched the three cower in disbelief. "What kind of wimps I have for a gang anyway," he thought.

Stanley's voice now shaking, he replied, "I do not know," replied Stanley, his voice now shaking, his mouth dry with fear. "I heard him talk on the phone by the showers before swim class. It was obvious he was talking to his guardian. He said something like, "I'd rather walk home than wait this long."

"He tricked you idiots," barked Bradley, pulling away from the wall and about to beat everyone one up. "He tricked you also, you idiot. First, that phone does not work. I broke it two days ago early in the morning so no one could call in or out of the school any more. Second, his guardian never picks him up. He always walks home, rain or shine. He's nothing but a source of income to her. You should know that by now. He continues to be one step ahead of us. Do you all know why?"

No one dared to answer.

"He must be sitting in that room of his laughing himself to death," said Bradley, almost going out of his mind. "He is, as we speak, laughing at us, laughing at me."

When he paused for a breath a strange noise at the end of the black hallway alerted the entire gang. It sounded like a sort of scratching against wood. Bruce quickly jumped to his feet, and they all turned toward the sound, shining their flashlight beams ahead of them.

"Over there!" someone yelled.

The four boys moved together like a wall toward the sound, flashlights drawn in front of them like weapons. The beams converged in one direction and to one spot at the end of the hall. There was a quick movement and a thud. The four boys stopped dead.

"What was that?" queried Stanley.

"Shut up!" answered Bradley.

Green glowing eyes stared back at them. A black shape leaped up out of the dark toward the ledge of a window. The large beast hissed and growled, arching its back and revealing long, sharp white fangs.

At the other end of the darkened hall a hand stealthily opened the front door and slipped out, quietly closing the door behind him. Joshua was gone.

Startled by the meanness of the beast, the gang remained inert. The school tomcat now retreated, leaping up to the window ledge, squeezed its agile body under the partially open window, making its escape into the cold, dark night.

Stunned for a moment, Brad moved to the window. There, under the window on the floor, there was an open box that held the cat. Connected to the top was a thin fish-line. It extended along the wall, under the windows, and all the way back to the front of the school, where it ended in a knot. Bradley jiggled the line, and at the other end of the hall the top of the wooden box fell back.

"Damn! Like I said, he's always one step ahead of us. He's tricked us. He must have been on to us. He must have known you were watching him. He's gone. He got out while we were distracted by that damn cat."

Their frustration only lasted a minute. They realized he must be just outside.

"That brat has made a fool out of all of us for the last time," shouted Bradley.

Bradley ran back down the hall and jumped on the wooden box, splintering it. "We're not going to let him get away from us," he screamed, rushing down the hall. "After him... I want that watch! I want him down. I want him broken."

They pushed open the door and tried to get through at the same time, shoving and stepping on each other in their rush to catch Joshua. The heavy door slammed shot behind them as

they headed for the woods surrounding the school, Bradley in the lead. Darkness surrounded them, and their lights dimmed in the vastness of the outdoors.

It had begun to drizzle again, Bradley led the way, the others following directly behind him, as he approached the dark, dense tree line of the forest and halted. Bradley's flashlight stabbed the darkness, its narrow beam slicing through it. He quickly rotated the head of the flashlight to get a wider range - a larger circle of light, and the others followed suite, even directing their beams upward to the treetops, seeking any movement.

Joshua had already disappeared under the blanket of night and the rhythmic din of the drizzle.

Bradley's plans had been spoiled, his anger frustrated.

Smart and calculating, Joshua patiently waited for the only thing he had come to trust. He knew it would not disappoint him. The cloak of night became his savior. The black of the forest, which came to his rescue, obscured him. Solitude and darkness were keeping him safe.

Standing at the edge of the woods, Bradley and his gang tried to decide what to do. They could see no movement, but Bradley knew that two hundred feet into the woods, a fence marked the edge of the school property. "That would have to stop him, or slow him down, at least for a while," he thought.

He turned to the others. "Spread out; we'll trap him against the fence. Move quietly so we can hear if he runs. We'll be right at the fence in less than five minutes. He can't be too far. That weakling will never outrun us. His broken arm will slow him down. Whoever gets him first, yell, and we'll nail him. He'll never get out of these woods without me getting the best out of him." He turned to the woods and screamed, "Do you hear me Joshua? I'm coming after you, you slimy little orphan. I'm right behind you. You're mine." Flashlights still in hand, they plunged into the woods.

The wet branches and heavy leaves slapped against Joshua as he made his way through the trees. The soft drizzle continued, making it difficult to move through the brush. He had slipped a couple of times, and he had been careful not to re-injure his broken arm. He reached out for the fence and moved along it to his right, until he found the string he had tied there earlier. He pulled it free, knelt and pulled himself flat on his stomach, still protecting his cast. He slithered under the wire fence. It was an exit he had used before. It was obvious to him but camouflaged carefully by an old shrub. His exit now hidden, he pulled himself up and brushed his wet and muddy hands over his coat. A smile of triumph crossed his face as he heard the fading yells of the gang still searching for him.

He shivered slightly with a tingling rush of victory. Beyond the fence, he slipped even deeper into the forest to continue his long trek toward his guardian's home.

Home.

Home.

Home.

An idea flared in his mind. Tonight, he would run again one

last time. He would go home. He would disappear to the place he loved best. He would leave Bradley and all the people like him behind.

As he walked he tried very hard to remember how many friends he'd had in his entire life. How many had really cared about him? How many had got to know him outside the school!? How many had ever come home with him? Zero! None! No one! Outside the school there wasn't a single soul who took the time to be his friend or to get to know him. At thirteen he was a stranger among strangers, an enigma, a mystery to everyone.

Joshua paused. There was now only silence behind him. The gang had been thrown off his track. They would never find him now. He changed his course and headed in the direction of his parents' house.

"What difference does it make?" he thought. "At this point I'm already in deep trouble. She'd lock me in my room without even bothering to listen to my side, no matter what I did. It's been three months since I have been able to get home. She's kept me locked-up on the weekends, and during the week I've had to dodge that stupid gang. This is my last opportunity. This is definitely the night; there is no turning back now. It is already past seven, and it makes no difference where I am. The punishment couldn't be any worse."

This part of the woods was familiar to Joshua. As he moved forward, every turn, every rock, and every tree stump was a landmark for him, even at night. As a young child, he'd spend great deal of time here. He'd been an only child, and because

of his interest in science and nature some considered him an odd ball. He loved the trees, the plants, and all the animals that came through his woods. He remembered his parents laughing about the amount of time he'd spent there, and the many different treasures he brought home. They called him a forest child. The plants, the creeks, and the ferns were more familiar to him than the people he knew. He had given some of the trees names like – Big Nose, Old Lady, Curly Locks and Mister Bark. He touched each tree tenderly as he passed by, as in salute. Physical contact with those trees comforted him.

The drizzle had stopped, and a slight breeze was now blowing. A break in the clouds allowed a wedge of moon to throw some light across the wooden bridge that lay directly in Joshua's path. The quaint stream, over which it passed, trickled in the night. Joshua knew the bridge. It was old and rickety, and his father and he had repaired it many times. He remembered the day they had spent with paintbrushes, splashing the sealant on the planks. It seemed so long ago. As he stepped onto the bridge it creaked and groaned beneath his weight. It looked like it should have fallen apart long ago. The path he was on was no longer used. It had become overgrown and lost in the undergrowth.

He thought, sadly, "No one cares about the old bridge; no one even comes to this part of the woods anymore. No one uses you anymore, bridge. You are old and falling apart, and soon you will collapse into the water. You are shaking so much with me upon you that I am almost afraid to cross.

You'd better hold on 'til I get across, for old time's sake."

Once across the bridge he finally felt free. He was almost home. Tired, Joshua stopped to rest on the familiar trunk of an old fallen tree. He paused to catch his breath. He knew the next half-mile would bring him to the house he called home. He removed his small flashlight from his pocket, and absentmindedly flicked it on and off to make sure it was working. Keeping it low, he pointed the beam to the ground around him, still worried that the four thugs, now far behind him, might somehow see it. He was worried that, in some mysterious way, they would be able to locate him. He flicked the light off for a few more seconds and then flicked it back on again. Around the fallen tree, a carpet of green moss lay in shadow. Mushrooms peaked out from the rotting bark. Out of the fallen trunk, a sapling was beginning to grow. It was small and delicate. Looking at it Joshua thought, "Maybe there is no end – only rebirth." The idea made him smile for the first time in a long while. He thought "I must be the only person to appreciate you, little tree - to see you beginning life here in the forest." He felt for a moment that his spirit has been renewed. From the corner of his eye and at the edge of his light something moved. He quickly cast the light to see what had caught his attention. Wanting, and yet hesitant to see, he was afraid of what it might be. He was determined to face whatever thing he was going to find and there was no use in turning away now. He shielded his light with the cast on his arm, allowing only a tiny portion to bleed over and expose whatever lay in wait. A large hummingbird moth had been caught in a spider's web and was beating its tangled wings,

frantically trying to free itself. He lowered his cast and the full light revealed the hairy spider lowering itself toward the moth. The thick and intricate web glistened with a few drops of rain also caught there. How strange and awful the scene appeared to him. Death was very near for this beautiful, innocent creature. What an odd and sad way to die. It seemed hopeless; as the wings beat they became more entangled and the hairy spider waited for the moth to weaken. Joshua identified with the moth, which was caught by circumstances in a web not of its making, trapped and struggling to be liberated.

Ever so carefully he broke the web and lifted the moth free. He brushed the remaining web from the moth's wings and released it. It fluttered and staggered through the air. Joshua's light caught it as it hung in the air before dropping on his cast beneath his gentle gaze. "Don't worry," he whispered. "You're all right. You don't have to die. Find another shelter." He smiled and thought, "You don't have to thank me, beautiful moth. You are free to go." Under the gaze of Joshua's watchful and caring eyes the moth fluttered and flew into the night sky and the light of the full moon that peeped from behind thick ominous clouds. Joshua threw his light on the web once more.

"It is no more than a trap," he thought. "It is a home to the hairy spider. It is where he catches his food, but it is still a trap." He pulled on two of its strands, and the motion caused the hairy spider to drop to the ground and scuttled away. Thinking of the webs that had entangled his life, he destroyed the one before him. "Nothing is going to get caught here and destroyed. Moths and butterflies and other winged insects are

meant to fly free."

He stared now at the open space between the branches. A deep sense of accomplishment brought out an even bigger smile and much gratification. He knew the delicate wings of the moth would eventually regain their strength. It was going to live and be all right, thanks to him. "I saved you," he thought. He picked up his backpack and continued into the deepest part of the woods, headed toward the dark three-story house that he knew so well. A half-mile later he emerged from the woods and entered a large field en route to the stately structure looming in the night.

# HOME SWEET OLD HOME

## 2.

Crossing the service road, Joshua flashed his light on the large placard wired to the Iron Gate. "This property is for sale, for payment of back taxes. Contact DENNIS STARR. Phone number: 337-4houses." As much as he wanted to pull the sign down and stomp on it with his feet, he knew better.

"People would notice right away," he thought. "It was a lot better to leave things the way they were, rather than changing them to the way they should be. Everything happens for a reason."

Below the sign he could see a chain locked to the bars with a huge padlock. Beyond the bars the house was dark. He felt so alone in this deserted place. He grabbed the Iron Gate and shook it angrily. It was fastened, securely locked. He stepped back and looked first to the right and then to the left. He knew a way in. He followed the paved private road along the fence. The black surface glistened, wet from the recent rain. The old elm tree was still standing, and the steps his father had nailed to its trunk were still in place. He had climbed the old tree so often; he could do so in his sleep. It was his private entrance and exit. The cast on his arm only slowed him for a moment. Once, there had been woods along this fence, and it had all belonged to them, but over the years the trees had been cut down and removed - all except for this elm. Soon

Case 2:12-cv-00636-R-MAN Document 22-1 Filed 04/16/12 Page 17 of 40 Page ID #:175

the county would have it all. Across the fence the somber residence lured him in with its many rooms, full of memories. ...all the windows, the wooden shutters, and the doors were ...against him. The house never looked so secluded, never ...it's dark.

He felt like a thief in the middle of the night. He stopped, closed his eyes, and inhaled a deep breath, taking time to feel the moment, even though he knew he must enter quickly. Fresh air filled his lungs. He felt alive again. He was home. He opened his light, his eyes searching through the darkness to find out if anyone had seen him. Everything was quiet. There wasn't a soul in sight. He mounted the porch steps one at a time, crossed a narrow space, and looked through the glass of the front door. He turned the knob but it was locked. Again, he went to the right and found the loose board he knew was there. He removed the board and lifted out a key, replacing the board once more. He returned to the door, inserted the key, closed his eyes, and turned it. The lock clicked as it opened. Lucky him, they still had not changed the locks, even though he had broken in twice before. He turned the knob, pushed the door, and entered the house. He closed the door behind him and made sure to lock it.

He flipped the switch and light flooded the hall. Immediately he switched it back off, afraid that someone might notice his presence in the house. He flipped on the flashlight instead, holding it low and aiming it at the floor so as to conceal it from prying eyes.

Every corner held a memory. Every door was an entrance

to a set of recollections. They all resided in his mind and lived in his heart. He glided through the house like a child in a candy store. The living room was still intact, but all his mother's plants had withered and died. The sofa that he used to sit on and watch TV was gone. He remembered the last time he had sat on it. The police caught him for trespassing and made him wait there for a social worker to bring him back to his guardian. The living room looked discarded and disarrayed. It seemed to reflect the wreckage his life had become. Once he had parents who cared for him. Oh! How he wished everything were back to the way it was. The past eight months would turn him out to be nothing but a nightmare from which he could awaken at any moment. But it was real, all of it. Joshua backed out the door, turned, and rushed up the stairs to the landing, turned again and climbed to the second floor. Stopping for a second, he looked up and saw a shaft of moonlight illuminating the stairs. The light was an invitation he could not refuse. Switching off his flashlight, he climbed to the top, bounding up two steps at a time. The door was slightly ajar, allowing the moonlight that flooded the room to light his way. He pushed the door with his finger, hesitant at first, fearing that what he was looking for was no longer there. The door swung open. The room glowed in the moonlight. He could see everything clearly. It had always been his favorite room. Here magic lived. This was where his father taught him about science and the stars. His father had tried to show him how to test his ideas and beliefs. He had not always understood, but his father was patient. The telescope that he had been hoping to find was still there in front of

him. Like an old relic, it dominated the center of the room, and over time had gathered a thin layer of fine dust. Joshua could hardly believe his eyes. The telescope was still there. A little hesitant, a little afraid, Joshua moved forward into the room and put his hand on the cold metal of the telescope to make sure he was not dreaming, that his imagination was not playing tricks on him. The cold metal seemed to have been pleading for him, longing to be used once more. It drew him in, though wishing for someone to look up and focus its lenses to the stars and the vast space beyond.

Joshua leaned against the behemoth machine, placing his forehead against it. It was an old friend, a part of his past with which he was reunited. Together they had explored outer space, and with his father they had encountered many more adventures, traveling around the universe and through oceans of space.

Joshua turned from the telescope and looked around the room. The desk, where all of his father's notes, sketches, and probabilities were kept, was gone. His notebook containing the configurations and observations of the clusters of stars he had monitored was missing. A deep melancholy overwhelmed him. He realized at that moment that he had just come to say goodbye. He would not use the telescope to observe the heavens. They were like his wishes for a peaceful life, too far out of reach. He turned once more to admire the metallic relic, his father's invention, and his only true friend. He lowered his head and saw the clear outline of his shadow cast

against the floor by the glare of the moon through the glass dome roof. He stared for a minute at the contrast between his dark shadow and the moonlit floor. A yearning was building in his soul, and he raised his head and stared longingly at the moon hanging in the vast space. Like a seed germinating and breaking open its pod, a need, an idea, took over him. Tears filling his eyes, he returned to the telescope.

"One final look," he thought. It is all coming to an end anyway. This is really what I came for. His vision cleared.

Without looking, almost instinctively, Joshua moved to the side of the telescope and pulled out the chair that was attached to it. Still staring at the sky, he sunk into the soft contours and moved beneath the large lens. He had grown a bit in the past eight months, but he still remained small enough to be engulfed by the large chair. He automatically reached out and flipped three switches on the side of the lens, turning the great machine on. Anticipation overwhelmed him. Connections were made. A few seconds later, like an old dormant engine, it roared back to life. In that chair, Joshua could almost feel his father holding him once more, readying to take him into space - pointing the telescope to the skies and sailing with him into the vast universe. Here, in this very minute, no one could touch him and nothing stood in his way. If he wanted, he felt somehow that he could reach with his little hand and touch the edge of the firmament.

Joshua closed his eyes, waiting for the few minutes it would take for the telescope to focus on the last thing his father had been studying through the lens. It was in this chair his father

Case 2:12-cv-00636-R-MAN   Document 22-2   Filed 01/16/12   Page 19 of 40   Page ID #:177

had first shown him a tiny dash of light called Altair, a small planet that hung at the very rim of our galaxy. He could see the two separate suns, the Twins he called them. The two suns, equal in size and weight, appeared so close to each other from this distance that they seemed as one. His dad had told him this idea of a third smaller planet located between the two suns. He had been convinced that it was a reasonable scientific conclusion in spite of skepticism from other authorities. His father's words: "It is logical that two great forces such as the Twins had to be balanced by a third force, with a positive or negative pull, or they would have collided. So if that force, a third planet, does exist, and it must, then it has to be located precisely in the center. The force, both pulling and retracting the Twins at the same time, would keep them in orbit around each other while preventing both collision and drift."

Other scientific authorities disagreed. They felt the so-called Twin Discovery was a threat to the controlled laws that were based upon their earlier theories. The discovery would change an entire body of astrological understanding. No one bought it. No one would support his theory. The controversy had been intense. He remembered his father's distress when he had been suddenly retired from the Astrological Society. His father had been proud of his membership and inclusion in a society he had admired so much.

The accident in which his parents had died had occurred a few days later. "It really had been an accident; it was no one's fault," he thought.

The moving lenses had stopped and the scope was focused.

He opened his eyes and looked through the telescope into deep space, the view through the lens in sharp focus. He recognized Altair at once – it was that tiny dash, light-years away. It sat at the center of the scope as though summoned by Joshua. It was nothing more than a little line. His father had been so excited by it and proud of studying it. Yet, as it glowed brightly before him, he realized it also made his father infamous. Staring at the bright dash of light, Joshua's eyes adjusted, and he saw it clearly for the first time as a cluster of three planets. Three, the same number as his family. "Mom, dad and me," he thought. He felt at peace in his heart, a peace that he had not found since before his parents' death. He rested his eyes across his chest and stared at the cluster of three bright lights. Weighed by exhaustion, he closed his eyes and drifted to sleep.

## 3.

## A BIT OF STRANGE HISTORY

Altair was an old planet. It had formed as the universe was created, since the beginning of time. For eons it had evolved and basked in the light of two opposite Twin Suns. It glowed and glistened; its surface burned to crystalline hardness, holding and reflecting the heat and light from its circling suns. From deep within gases erupted, forming volcanic hills and mountains. The suns turned the gases to vapor, which formed the clouds, and moisture on the hard surface of the planet ran together to form ponds and lakes. Life on the planet had formed slowly. It was based on the constant stability of the two suns rotating around its tiny core and the vapor from the erupting gases.

Suddenly, a change took place. A large meteor struck one of the suns, battering its surface, causing chaos and destruction. The surface of the dying twin shattered on impact and a wave of crystal shards flew out into deep space. Burnished by the once burning sun, they glowed in the dark regions of space with a rainbow of colors. All life on Altair stopped to witness this strange phenomenon. In a short time, most of the shards either burned, or were lost in space, or were drawn back to the dying sun, crashing once more into its surface. Only one rainbow shard made it to Altair. It was as though a gift, a sorrowful tear that had landed on the planet. It laid glowing

like a crystal rainbow to be wondered at and worshipped by the spirits of Altair. The sun burned out. A sudden darkness fell upon the middle planet. While the crystals contained and emitted the light from the remaining sun, darkness on Altair was not complete. The side away from the sun always fell into a deep twilight. After more eons passed, the crystalized surfaces began to loose their ability to hold on to the light, and the twilight turned to darkness. There was now a permanent separation between light and dark, what we know as day and night.

In the beginning, aside from struggling vegetation, the only other life form to develop was spirit-like flying creatures. These transparent beings survived in the sun. Many of these life forms perished instantly in the cold darkness left by the destroyed sun. The instinct to survive caused stronger members of the species to move from the dark and twilight area and to follow the sun as it circled the planet. For thousands of years the flying creatures continued to traverse the land, circling the planet, always in the sun. The law of the strongest prevailed and only the fittest evolved and survived. The weakest fliers drifted into a twilight caused by the hard crystals peppering the terrain. The entire translucent race was driven to the brink of extinction. Tired of fleeing away from the dark, the weak, the old and the young gave in to their own weakness... In a short time, any life that did not find the strength to follow the sun or a way to adapt to the darkness eventually perished forever.

But nature has a way of preserving life, no matter where

it is. The translucent crystals that peppered the terrains and created the glowing half-light allowed some of the creatures to continue to live and slowly adapt to the lack of sun. An inherent optimism, the spark to survive, aided these weakened creatures in sustaining life even in the absence of light. Eventually the entire remaining species had essentially split in two. There were those fliers who thrived in the daylight, harvesting the light from the sun in order to survive; and the others who no longer needed the sun, lived in the twilight of the light emitted from the crystals. Exposed to the sunlight during the day the crystals glowed at night.

On the lakes, water lilies developed and algae formed. Sediment was created and erosion occurred from the running water. A type of soil began to form and plants again began to grow on the land. Eventually large ferns and tree-like forms emerged. Life grew. This nourishment enabled both the day and night fliers to become stronger.

It was a peaceful, yet very difficult existence at first. All the life forms put their efforts together in order to survive and grow. Eventually, this united effort faded away. The spirit like creatures that floated above the planet developed more than primal reactions. Not only did they react instinctively to day and night, heat and cold, but they also began to react to each other. The light-gatherers tended to separate and cluster together, and those in the twilight, feeling their abandonment, became separate. Over the ions other changes had taken place. Bodies had hardened and strengthened and wings had become stronger in order to support their new weight. Slowly signals turned to sounds

and sounds became meaningful words and a language developed. The ability to reason led to decision-making. Opinions and different points of view and unaccountable notions about how they could best survive developed. Those who lived in the light separated further from those who lived in the dark. Bit by bit, laws were created and rules were set. A certain order was laid down between the two ways of life.

When the crystals lost their ability to hold light, the permanent separation between light and dark was complete. The separation of the creatures of the day (the Butterflies) and the creatures of the night (the Bats) also became absolute. The two branches of the species became more and more physically altered and redefined. The desire and the need to control the planet and its developing natural resources became the primary goal of both sides. Amicability transformed to animosity. It was also believed that over time the bats' ancestors and all the spirits who came before them ruled the dark sun, while the butterflies and all the spirits who also came before them ruled the bright sun. If all the bats died, then the dark sun would shine again, but if all the butterflies died, then the bright sun would die and darkness would cover the entire planet, belonging to one race, the bats. Conflicts that became impossible to solve through negotiation built slowly into an explosion resulting in everlasting war.

The lives of those who lived in the dark and shadows of

Case 2:12-cv-00636-R-MAN   Document 22-2   Filed 04/16/12   Page 22 of 40   Page ID #:180

caves were simple. They had come to fear the heat of the sun and its greatness. Its rays became lethal to them. One shaft of sunlight could destroy the delicate gray anemic flesh of a light flyer. Much like the legend of our vampires, these bats had become pallid living organisms, creatures of the night, and living life in eternal shadows. Although destroyed by the sun and living in darkness they had still become physically powerful. In stature, the bats were bulkier, almost twice the size of those who lived in the sun. They needed to be big and strong in order for them to endure the coldness of the dark.

The bats formed clans living in caves and crevices and other depressions in the earth. When the caves became more populated, the leader would force the weak, the sick, and the old out into the bright light. They called it the weeding. Dawn became the symbol of death. Painful and merciless, it was only celebrated by the strong. These became heartless beasts thriving on destruction and death anywhere they went. Bats with their thick large velvety wings were fearsome creatures. The clans fought against each other, even at night, for the possession of much needed living space. Their weapons were dark crystals not yet exposed to any light, shaped and curved into scimitars and sabers. These wars between the bats went on for centuries. Many perished and numerous clans became extinct, until the entire bat race came to be under one ruler… Sirus.

Sirus, a ruthless tyrant, had killed the former king of the bats and dominated his strong willed daughter, Sardonique, into his clan. He ruled unopposed.

The one thing all of the bats had in common was their aversion to and hatred for the gatherers of the light. They wanted to destroy the butterflies, hoping that the sun would die with them. That way they would rule the planet. Their illogical thinking evolved into reasonable fear that grew to be unreasonable anger that turned to know no bounds.

An encounter with a carrier of the light always meant a duel to the death. Their one common goal was to destroy the butterflies and rid the land of their species. They called it the Harvest. If a day-flyer were captured alive, it would be forced into slavery to cultivate the land and provide food for them. The bats would tear off its wings and leave it in a cell to recuperate. Most of the time this procedure failed. The light gatherer would most often die from either the agonizing pain or the immeasurable sorrow that came with imprisonment and the inability to fly again. Sometimes however, this process would be successful. The light gatherer would be put through unimaginable tasks and be forced to fulfill excruciating duties. Unable to fly or to flee, the slaves had nowhere to go. Wingless, they became a third species and referred to as the hybrids.

The bats also kidnapped caterpillars, light gatherers in their infant stage, and drained them of their precious silk until they withered and died. Some who ate it considered the silk a delicacy. Others developed the skill to weave the delicate fiber into beautiful fabrics.

The lives of those who lived in the light were based on

order and fellowship. Their lives were more sophisticated than the lives of the bats. They bathed in the sunlight and drew strength from its rays. With the help of the crystals that continued to contain light and heat from the sun they were able to tolerate the dark night and the absence of heat.

These early flying spirits evolved into larvae, which grew into caterpillars, which then cocooned and metamorphosed as butterflies, common on Altair today. As their society developed and night occurred, they learned to present each cocoon with a crystal that stayed with the individual all its life. They required the comfort and heat of the sun in order for them to develop; and the crystals held by them like icons as they lay still in their little sarcophagus provided the energetic light and nourishment they needed in order to transform. Without the crystals they would perish and die. Dormant in their glowing cocoons, they were at their most vulnerable stage of existence. Bats that kidnapped them away, easily discovered them through the glowing of their crystals, and they either killed or turned them into slaves.

Colorful and beautiful, the butterflies were also strong and intelligent, flourishing on the planet. They based their lives on the rules and the laws that were fathered by the ancestors who came to understand the nature of existence on Altair. Using the crystals, they constructed castles in order to keep the night at bay.

In the beginning, the butterflies were divided into many different groups called hives. The separation took place because of the different shapes of wings and beautiful colors. The type of crystals each chose determined the shape and color of the wings. Different crystals altered e... butterfly in a different way. The best crystals were very c... extracted from the bats' caves. Those were never expose... to the sunlight. Those were the most valuable crystals. R... and new, when exposed to the light they burst with colo... and energy. Warrior Butterflies had evolved with the so... purpose of raiding the bat caves. They would carry their crystal with them into the darkness. It would illuminate their way into the realms of the sleeping bats. The warri... butterflies would risk their lives to attain such crystals a... very often were captured, killed or turned into slaves.

Each butterfly hive had a castle built of the light reflec... crystals. If by any chance and on rare occasions the castl... became too crowded, the butterflies extended them and built more rooms to accommodate the weak and the yo... It was in these rooms that the caterpillars were confined until it was time for them to cocoon. At that time, they were allowed to drift into the forest and out into the wo... to complete their metamorphosis. But that was not likel... to happen often. The bats always managed to keep these populations under attack. The butterflies always mourne... these nights of war, and so, dusk, the beginning of night, which freed the bats, became their symbol of death. Wh... a castle became too weak or its population could not be maintained on its own because of the death of their que...

the population of that hive would either disperse into other hives or just die out. All the different hives were eventually eliminated. The Purpledust and the Yellowspots were wiped out completely, and the Greenlights and the Redantennas became extinct centuries ago. All of them were gone until there was only one kind left, the Silktails, who were ruled by one queen - Galena.

The butterflies gloried in the light and its power. It had a calming effect, which encouraged them to work together for a common good. Because of their cooperation, there was no need for slaves or for workers other than themselves.

## A MAGICAL LIFT

4.

In the glass observatory at the top of the house, stillness expanded and silence ruled. The only movement was the rise and fall of Joshua's sleeping form. The light from Altair leaked through the telescope illuminating Joshua's face. Through a trick of dancing shadows Joshua began to change and disintegrate under the faint beam of light. In a matter of seconds all that was left were dust particles floating in the air. Joshua was gone. Odd as it may seem, he simply disappeared. The huge lens shifted, the beam of light from Altair was out, and silence ruled. Science and magic had left the room and the house was still once more.

## 5.

### JOSHUA AWAKENS

Joshua opened his eyes. At first he could see nothing. All was dark. As his eyes adjusted, everything around him began to come into focus in shadows and shades of gray. He remembered he had fallen asleep, but now it appeared someone had covered him with a blanket, even pulling it over his head for warmth. It felt silky and thick, and he peeled it off his face to get fresh air and to see where he was. He remembered he should be in his father's telescope chair, but he was not. He sensed life all around him was strange.

He unwrapped the blanket with a bit of effort and lazily stretched his arms and legs, yawning. He experienced a little numbness in his left arm and an unreachable itch under the cast was beginning to bother him. The nurse had told him six weeks. He had waited this long, he thought, what's another two weeks.

Sluggishly he rose to his feet. Now he realized for sure that the only thing he knew was that he was no longer at home in the dome room, sitting in his father's comfortable chair. He saw that he had been sitting with his back against a fallen tree. He was not in the house at all. Becoming more alert and a bit scared, his surprise and confusion grew. These woods were not familiar to him. There were peculiar and

eerie murmurs coming from all sides. A slight warm wind brushed against his skin. The wind should be cold at this time of the night and in this sort of weather. He suddenly remembered the gang, Bradley and the rest might be nearby and coming after him. He looked around to see if he could spot their lights or discover where the sounds were coming from. If the four found him, there was no one to stop them from hurting him. No one would ever know what happened to him. Nobody would come to his rescue. These woods seemed to be ominous. He waited, afraid even to blink. He controlled his breathing in fear that he would be heard. Seconds, and then minutes, went by. No light appeared; only the strange sound continued.

"How did I get here in this forest? I do not remember leaving the house. I know the forest. Why don't I know this part?" thought Joshua.

Looking up, the trees appeared to be taller than he remembered. The ferns around him were thicker and larger than any ferns he had ever seen. The rocks at his feet were all round and smooth. It had rained when he ran through the forest earlier in the evening and everything here was completely dry. He stared at the treetops again, searching for the moon that had appeared after the rain, but there was only darkness. He glanced again at the ferns and the rocks and the fallen tree and he saw that the moss glowed a bright green without anything to light it.

"How could it be glowing in the dark?" He wondered. Continuing to scan the area, he saw something stir in the bushes off to his right. He turned just in time to see the long

branches of the bushes come together, as though they had been parted. He hesitated for just a few seconds, but his curiosity won out, and he stepped to the edge of the thicket. He parted the branches with his arms. There was a kind of tunnel, some sort of a passage through the undergrowth, and there was a brighter light at the end. It was not moonlight, but a kind of shimmering and hazy peculiar light. There was no telling what it might be from such a distance. His curiosity pushed him through the bush and along the corridor penetrating the passage, which diminished, causing him to bend and then to crawl toward the strange light at the end of the tunnel. He inched through the darkness with only the luminous flicker at the other end to guide him onward. It was a bit scary but somehow he felt that he was not in immediate danger.

Carefully and slowly he eased himself through the narrowing space. In a few more yards, Joshua thrust himself out onto the ground at the other end of the tunnel.

He lay on his stomach for a few seconds, catching his breath. He found himself lying in a patch of long green grass, which tickled his nose. He quickly covered his face with his hands, stopping his sneeze. He pulled himself up and checked himself. A few scratches on his knees and minor cuts on his elbows were the only injuries he sustained in his crawl. He took a deep breath and found himself bathed in a bright light.

## 6.

### A SACRED SERMON, A BATTLEFIELD

Joshua quickly shut his eyes against the intense light. He then opened them just a slit. "Too bright," he thought. He brought his hands to his face and covered them, then slowly spread his fingers and peeked through them. It would take a bit of time just to get used to the brightness. The first thing he noticed was how crystal clear the air was. There was no hint of smog, pollution or other haze. It was this clarity, which made the light blinding.

"It is just like a new world that has been freshly cleaned by the rain. All the colors are richer and sparkle under the cluster rays of the sun," Joshua marveled to himself.

Overhead he saw very tall odd-looking trees, their swollen thick trunks twisting and turning, and their long leafy branches intertwining overhead. These leaves were not the same leaves that he knew. These leaves were like long silky hair that waved with the slightest breeze. Beyond the canopy of trees the sky was a light blue. In the distance, high fluffy clouds scattered across the expanse, adding significant depth.

Joshua staggered around to take it all in. The air was rich with the scents of different flowers and plants. There was not one smell he recognized, all oddly a bit different. They

were not exactly gardenias or roses or jasmine or even the combination of all the three. These wonderful scents, he soon realized, were coming from the silky strands of leaves hanging from the trees around him. He pushed through the hanging locks in order to move forward, trying to find out where he was. He soon saw, a short distance in front of him, an enormous wilderness lake. Serene and beautiful, it dominated his view. Tall reeds and large water lilies dotted the edge of the lake and colorful odd flowers created a border as far as the eye could see. "Gee, it is like somebody's garden," Joshua thought.

"I wonder if somebody planted all of this. It is beautiful. It just perfect."

Not a ripple disturbed the lake's smooth surface, nor a living creature upset its tranquility. As he moved closer, the water became a gigantic mirror reflecting the flowers and the forest in front of him. The colors of every plant, every object seen through this mirror, looked even brighter and clearer. Joshua stopped. All this strangeness and all this illness began to frighten him.

"Where am I really?" he thought. This doesn't look real. It's too perfect, like a picture. It is a really strange place."

Suddenly behind him, near the woods where he just emerged, he heard voices.

"It's the gang," he thought. "They found me, and I've got to hide."

He moved quickly and hid behind the bush. "Is this safe?" he thought. "Can they see me here?"

He remained still and the voices drew closer. He shut his eyes as if that would hide him further, and he listened. He felt his heart beating faster. He sensed his breathing getting louder. Everything stopped. It was not the gang. The voices were like nothing he had ever heard.

"Are they speaking English?" he thought. "It sounds like English, but I do not understand the words. They speak with a really strange accent. They sound like those aliens in science fiction movies."

The voices were very odd. They continued to talk as they drew closer, and as he listened they seemed peaceful and docile, not aggressive and harsh like Brad and his gang. When it felt as thought they were right next to him, Joshua carefully parted the leaves to see who these people were. Suddenly the voices stopped just as quickly as they had begun. Worried, he slowly and cautiously closed the parted bush and lay flat on his stomach once again, burying his face in the dirt.

A few short moments later, when it was still silent, he recovered enough to dare to part the branches again, in order to get a clearer look. Suddenly the voices began again, more audible now, they hung a few inches over his head.

"Are you sure he is here? I don't see anything anywhere," a young voice whispered.

"According to the prophecy, he should be right in this area, next to the forgotten tunnel," insisted the older voice.

There was a ruffling of leaves in the bushes near Joshua.

They appeared to be looking for something.

"The forgotten tunnel! What forgotten tunnel?" asked the

Case 2:12-cv-00636-R-MAN Document 22-2 Filed 05/18/12 Page 28 of 40 Page ID #:186

younger?" "Never heard of it before. There is no such thing."

"That's why it is called the forgotten tunnel. It is a mysterious place that no one remembers ever existed. It is said that it will be like a whisper, that will come to be, and then never be again," explained the older voice, "All I recall hearing is that it has to be right here somewhere in this spot."

"Then we must find him, before he runs away," the younger voice responded.

The foliage all around Joshua rustled as it was pulled and pushed in a search for the mysterious tunnel and the stranger they were looking for.

"That we must," the older voice said, "He is the key element to our survival as a race."

Joshua listened and could now understand every word.

"All it took was getting used to the accent," he thought to himself. "The key element? What key element? It sounded like they are looking for a person. They couldn't be looking for me. Could they? Would they? Why would they be looking for me?"

"It could be even worse," said the deeper voice thoughtfully.

"What could be worse than another war?" squeaked the high-pitched voice, "We've been at war since the beginning of time."

Joshua was beginning to shake with the fear of being discovered.

"There is going to be a war?" asked the younger voice.

"Everything we have built will be destroyed," continued the older voice, "It will be the end of us, and our race on this planet will be forgotten forever. Most important, we have to hurry before the bats get their filthy hands on him. If he is caught by those flying rodents, it will be the end of him too."

"Bats?" whispered Joshua to himself.

"What are we waiting for then? We should hurry," urged the younger voice.

The voices now came directly over Joshua. They continued to search the bushes. Joshua's hiding place was secure. The thick and tall foliage completely covered his prone form. Not finding what they were looking for, the two voices continued their search as they moved further away until finally the sound of their voices ceased and the rustling noises could no longer be heard.

Joshua had not budged from beneath the thick leaves. He remained in hiding until the sun had passed its zenith and he began to feel the cool of the evening. Finally he felt that sufficient time had elapsed since those unseen strangers had departed, and that he would be secure enough under the blanket of the rapidly approaching darkness, he began to make his move. His senses were on high alert. His attention was now focused on the incredibly vast and placid lake, reflecting the red orange sunset.

At a safe distance he started exploring the circumference of the lake. He'd never known such silence, such serenity, as in this place. How far away from home was he? How could he, during his excursions and trips, miss such a beautiful

place? He noticed something stranger in the silence. He could not hear the sound of any other life. He knew there must be, in the background, the singing of a bird or the feet chirping of a grasshopper. As he looked, he realized the lake should be buzzing with dragonflies skimming its surface, and the sound of frogs croaking along its shore. But was quiet, strangely and peculiarly quiet. Walking further along the lake he finally began to notice a sort of rushing sound. Squinting into the distance at the far end of the lake, he saw cascades pouring into the lake. Moving closer the waterfalls he encountered large oval shaped white rocks, small boulders. They were smooth and seemed as if they had fallen from the sky, since there were no cliffs or mountains around them.

"They're so beautiful!" he wondered. "What might they be?"

On this far side of the lake, they were strewn all over the terrain. "My God!" he said to himself, as he looked "There're even rocks hanging from tree branches, and nestled in large plants. They can't be very heavy."

Reaching one, he touched it. It was smooth and hard as bone. Moving on to another, he found it was soft and stringy to his touch, and that silky substance clung to his hand as he pulled away. "Weird!" He went to another and found it hard like the first. He tapped it with his arm in the east and it made a hollow sound. He pushed it with his foot and it rolled; it rolled easily. "They must be a lot lighter than they look," he thought. He turned several more, rolled around

others. He lifted some and they really weren't very heavy. He moved several closer to each other, in a cluster. As the light continued to fade, and darkness began to approach, he noticed something even stranger. Some silky stones, hidden by a few reeds at the water's edge, were glowing slightly. He put down the hard rock he had been lifting and approached one that was glowing. He rolled it out of the reeds and something inside moved. He peered closer, holding his hand over and above his face to keep the last rays of the fading sun away from his eyes.

"Yes there is something inside. It moved. It's hollow," he observed.

Joshua turned it every possible way to get a better look. He thought, "There is a shade of something darker. I can almost see its outline. I wonder if it is alive. Could they all have something inside?"

Curiosity drew his face closer. Suddenly the faint glow from inside the rock became a bright light making the stone surface transparent. Inside a large eye opened and stared directly at him.

"Yeowl!" yelled the startled Joshua, stumbling and falling back on the grass, staring back at the eye. Using his feet and hands he pushed himself away, his heart racing like a fast engine. After a moment the large eye closed as if returning to a deep sleep. Staring with astonishment at what he considered to be a safe distance from the egg-shaped rock, Joshua remained motionless.

As his mind raced, he thought, "Did that thing see me? What was it? Is it a monster? Can it get out? Am I in

danger? Would it get me?"

He jumped to his feet ready to run. With fear rising through his throat he looked around. He realized he was standing in the middle of a field peppered with these white rocks. They were all around him. He found himself surrounded by hundreds of glowing and pulsating rocks while the sunlight continued to fade fast.

Strangely, the voices of children playing in the semi-darkness drifted across the field to him. They were very excited. Putting aside his fear of the glowing rocks, Joshua crouched and dodged between them until he reached the edge of the forest, near where the voices seemed to be coming from. He took refuge in the hollow of a large tree.

"C'mon! C'mon! Hurry!" whispered the first child.

"Where should we hide now?" whispered the second voice.

"Over here, this is a perfect spot," the two voices responded simultaneously, sounding in opposite directions.

They giggled between shushes.

"Sh-sh-sh-sh"

"You're funny!" said the first voice.

"So are you," answered the second voice.

"Hey Ziggy," said the first voice.

"What is it? What do you want?" asked Ziggy.

"It's too bad you're a boy," said the first voice.

"Well, Ruby," said Ziggy, "it's too bad you're a girl."

"Sh!"

"Shhh, yourself."

And the giggling and laughter continued.

From the hollow of a tree, his hiding place, Joshua to see where the voices were coming from and who these children were. Fearing to expose himself, not wanting to be discovered, his view remained limited.

"Now that I think about it seriously, we shouldn't be here at all," whispered Ruby. "We're breaking a lot of the rules. You know that, right?"

"You worry too much, Ruby! Rules are meant to be broken," calmly replied Ziggy. "Hasn't anyone told you that? Haven't you heard that before?"

From the tone of Ziggy's voice, Joshua could tell that he was pretending to be a lot older and braver than his age.

"No one's going to pay attention to us here and now," Ziggy continued, nearing Joshua. "We're the least of their worries. By the time the ceremony is over, we'll be long gone. No one's going to miss us; they're all too busy. Relax. I've heard, for as long as I can remember, that right now something wonderful is about to happen."

"Wait."

"Watch."

"Whisper if you need to say something."

Joshua peeked through again, this time exposing more of himself, taking a bigger risk of being discovered. His eyes widened in wonder. Emerging from the woods that surrounded the lake were people with wings. Some were floating through the air, while others were on foot, emerging from all around the lake. They were as big as real people, but with wings!

"Are they angels or some kind of birds?" Joshua softly mumbled to himself. "Is it a play? Are they in costumes? What are they? They are beautiful; their wings are colored like butterflies. WOW!"

Still hidden, he watched for a few minutes and began to realize that what he had seen was real. Their wings were a part of them, they were people but they were not people. Frightened again, he realized he was in a strange world. He was somewhere else. He pinched himself to make sure he was not dreaming. "Where can I be? Where is this place? What are these things? How did I get here?" He stopped, shocked. He remembered the last thing he saw through the telescope.

"Altair!"

He stood, stock still, staring. "No, it couldn't be!"

A strange smile crossed his face.

After a few minutes, all the butterflies took to the air at the same time. They hovered over the lake in a formation of perfectly choreographed patterns. In a sort of rhythm, each drew his sharp crystal shard, which had been sheathed in an ornate scabbard, and held it in front of him with both hands in an attitude of readiness and salute. They hovered for a short time and then settled on the tree branches, between flowers and all around the edge of the lake. They rested, wings retracted, heads slightly bowed, silent.

They waited.

The bottom edge of the sun disappeared beneath the far horizon, spilling its last rays, lighting final formations of otter butterflies. The air was filled with a multitude of colors as the wings beat the air. Inches above the water, butterflies wearing what looked like medieval armor, hovered in a perfect circular formation. Adult butterflies that appeared to be female because of their longer hair and their curved antennae formed a large V, with the point at the edge of the circle, and opening straight out in Joshua's direction, extending over him and behind him as far as the eye could see. One might think that the butterflies extended all the way to the fading sun.

"Where's the Queen, Ziggy?" asked Ruby. "When is she coming? I can't wait to see."

"Shhh!" answered Ziggy. "You want us to get caught? You know we're too young to be allowed near this initiation, let alone to watch it?"

Joshua, awed and perplexed by what he had seen, now relaxed a bit. Feeling secure in the shelter of the hollow tree, he leaned back and slid a bit, almost to a sitting position. The end of a protruding broken branch became his bench. He still could not believe his eyes. What he was witnessing from his perch was the most incredible and unbelievable thing he had ever encountered in his entire life.

"How did I get here?" he continued to speculate. "Where are Bradley and the others?" He was soon distracted by the wonders; and all he could do was to keep his mind focused on the magic unfolding in front of him.

A long moment of silence stretched while everything in the entire forest stood still.

Darkness had come.

"There! Look!" Ruby said suddenly.

Joshua looked down and saw a dim form pointing behind him. There, in the air, illuminated by a bright crystal around her neck, the largest of all the butterflies was gliding toward them. She was almost six feet tall with fantastic, transparent, rainbow-colored wings. Though she was old, her wings were unaffected by her aging.

On the ground Ziggy said, "It's the queen mother, Galena."

She was royal, noble and gallant as she floated on the air, gliding regally toward the point of the V and the circle. All the butterflies illuminated her way with their crystals, like lights on a runway. Like a bride coming down the aisle, she glided silently, while everyone bowed in respect as she passed and then turned to watch her move toward the circle of light.

As she neared Joshua, the overhead illumination allowed him to see that she was old, aged to perfection, and incredibly beautiful. Her features seemed tender and her outspread wings were the colors of the rainbow, and contained the colors of all the butterflies around. She passed and reached the center of the lake, hovering just above the circle of the warrior-like butterflies. Head high, with a smile on her face, she projected an air of dignity and strength. She wore a long flowing gown of the purest silk. It rippled with her slightest movement or the smallest breeze. Beneath the embroidered hem, delicate sandals adorned her feet. On her head, a simple one-gem tiara marked her position of royalty. Her hands were joined as if in prayer. As she passed, Joshua looked around and he saw that all the rest of the butterflies were also as if in prayer, waiting.

Below him, he heard one of the children insisting, "We'd better get out of here," in a tone accentuated with fear. "If we're discovered, we'll have to answer to the queen herself, and we'll be in a whole lot of trouble."

"No!" responded the one called Ziggy, in a stubborn tone, "You and I have crawled this far to find out what we are all about. It would be brainless to turn back now."

The sound of leaves rustling sent Joshua back into the hollow of the tree.

Ziggy had pulled some branches aside and sat down for a better view. He thumped his stick on the ground for Ruby to move up and join him.

"Relax and enjoy the view," he said. There was a moment of silence between the two, and then a few words of wisdom came unexpectedly from Ziggy. "Besides, Ruby, we have very little choice now. If we move even an inch closer they'd see us for sure. Not only that, but you know if we move around anymore at night we might be seen by you know what. And that, my girl, would put us in big, big trouble."

In the distance Joshua spotted four lights approaching from beyond the circle. They grew larger as they neared the circle, and he could see that it was four large, armored

butterflies carrying a large draped canopy.

The four butterflies swerved in their flight, soaring over the quiet lake. As they rounded the edge of the lake, Joshua noticed that the canopy was not empty. Atop the huge sheet sat an odd-looking shape. Unnoticed by Joshua, but behind the butterfly litter, attended an aging butterfly knight, Kokopelli. He flew with confidence. Muscular and mustachioed, he was an old knight in shining armor. His shoulder-length white hair flowed behind him. His gentle eyes sat beneath thick brows and never left the canopy a few feet in front of him. In his hands, Kokopelli cradled a rainbow crystal, ten inches long, the same rainbow shard that fell to Altair when one of its twin suns was destroyed. It was known as the Eye of Light. It looked like a long uncut diamond that glowed. It was not like any other crystals; the Eye of Light glowed brightly with all of the rainbow colors. It was the most precious, and maybe the most special element in this gathering of the clan of the Silktails.

Once again the four lights carrying the canopy swerved inward toward the center of the lake. As they passed, Joshua had the chance to see the odd-looking creature riding on top. It was ugly and deformed, a little creature half his size. Below him in the dark, he heard Ziggy whisper, "It is Princess Gabriella, and she will be our new queen."

Joshua thought, "A queen, that strange looking thing is going to be their queen! Who are these strange people? What are they?" His attention drifted back to the future Queen. The canopy had been suspended in the center of the circle, and

as he watched, it was lowered to the surface of the water with Gabriella still sitting on it. It was a symbol of the futur queen's courage and dedication to her hive.

From the forest below, Ziggy explained, "Wow, that's real dangerous! Aren't they afraid she'll fall off? No one can swim; everyone dies in water."

Queen Galena swept through the circle, and hovered inches from Gabriella, bathing in the light of the crystals that were held by all the butterflies. Queen Galena smiled at the caterpillar, Gabriella. Dressed in a silk gown and a hand made crown of ribbon, the bug-eyed caterpillar appeared ugly to Joshua, but she was cute. She looked more like a grub than the rest of the butterflies. She had no antennae extending from her eyebrows, and she was a bit fat compared to the rest of the creatures he had seen, "On Altair," He thought, surprised. Her hair was in spikes that stuck out all over her head. She stared directly at Queen Galena, and nowhere else, and from the tiny smile on Gabriella's lips, and a shiver in her hands, Galena could tell that she was happy, though nervous.

"Relax! Child," whispered the Queen in a voice of old royalty used to commanding. "You've nothing to worry about. It'll be over soon enough."

"Sorry mother," answered the Princess, "I can't help it. They have all abandoned the security of the castle for my sake. I feel responsible for their safety."

"This, my dear, is one of the tasks a good queen will have to bare," she answered.

"There is one more thing that bothers me. It is almost driving me crazy," complained Gabriella.

"What is it child?" asked the Queen.

"This dress is killing me!" responded Gabriella.

Chuckling, trying to keep a big laugh under control, Galena replied, "Every potential Queen, for as long as it is remembered, has worn this dress, my dear." She sighed, for a long time had passed since it had been hers to wear. "I remember saying the same exact words to my mother the night of my initiation." Her tones became serious; "It was a very different time then.... We counted our numbers in the thousands."

At that moment, as the Queen's words reached the ears of the Princess, Kokopelli swooped down next to the Queen, hovering at her side and slightly above Gabriella.

Queen Galena scooped a handful of water from the lake and sprinkled it over Gabriella's head. All the butterflies, which were watching raptly, gave a collective sigh.

With a voice as soft as a melody, Queen Galena recited words that had been uttered many times throughout the ages. "From the Springs of Life that cascade in front of us, to the Eye of Light, the symbol of peace, beauty, and eternity that once was and we hope will be." She paused for a moment. In a slightly more commanding voice she continued, "I welcome all of you, the clan of the Silktails, to witness this rite."

Kokopelli stretched his arms forward and handed the glowing Eye of Light to the Queen.

She carefully took the shard from Kokopelli, kissed it softly, and lightly touched the top of Gabriella's head with it. It wa[s] a pure crystal with the magic power to extend the life span of a queen for a hundred years. Its rainbow colors would transform the wings of the metamorphosed princess.

"Princess!" Queen Galena announced, "Do you accept your future position?"

Gabriella kissed the crystal and responded, "I do... Until the end of my days, with all my heart, Mother Queen."

"Well done, my beloved," whispered the Queen. She waite[d] for a moment, holding back her tears of joy and sorrow, and then handed the glowing Eye back to Kokopelli.

She suddenly rose as if wires from above were pulling her. She hovered slightly up, out of the circle, and opened her arms to all the butterflies, announcing, "The future queen has been chosen. By taking her vows she accepts her duties. By them she will rule with wisdom and love, as I have mysel[f] ruled. Gabriella, Princess to the Clan of the Silktails," she turned and faced Gabriella again, "my beloved daughter, I bless you, a queen to be."

A numb silence expanded over the lake. The butterflies were all joined together in prayer.

Joshua was completely absorbed by the sight. He slowly became aware of a humming sound of unknown sources that emanated all around him. The buzzing began to grow stronger and stronger. He still could not identify its source as it continued to increase until it became an urgent, almost deafening, drone. Joshua covered his ears with his hands. He looked around, beginning to be frightened and then realized that it was coming from all the butterflies. The

humming came from their lips, and the buzzing from their long fluttering wings that now were moving as fast as a hummingbird's. The noise bore down on him until it became painful, almost deafening. His hands over his ears barely helped. No matter how hard he pressed, he failed to block off the sound. He thought, "I can't take it anymore," and he closed his eyes and opened his mouth to scream. Suddenly the buzzing stopped.

He opened his eyes again.

Over the lake, Queen Galena began to rise higher in the air. Below her, the four carriers, each at the corner of the canopy, pulled it and Gabriella with it, from the surface of the water. Joshua lowered his hands, still watching. The armor-clad butterflies circled them like bodyguards. Protected by their entourage, Queen Galena and the Princess glided directly over Joshua. The entire air became alive with colorful fluttering wings illuminated by the crystals. The butterflies swarmed in graceful circles, creating a perfect formation, following their Queen.

In the darkness below, Joshua heard someone say, "They are headed for the Springs of Life, and it is time. We better get out of here."

"We can't, we have to spend the night here," whispered Ruby.

"Follow me, and don't make any noise."

"What are you talking about? Why do we have to stay here," asked Ziggy.

"I'm talking about our lives," Ruby responded. "There is no way we would make it back in one piece. We have to hide

'till sunrise or they will find us."

"I'm not spending the night in the forest," insisted Ziggy.

"Yes you are, Ziggy! You're not going back and leaving m behind," demanded Ruby. "We both agreed that you would lead us to the lake since you are the only caterpillar who knows where it is, and that I would take charge on the way back."

"Yes, I remember," answered Ziggy, "I'm not a dummy, I didn't forget that quickly."

"Okay then, you also remember that you got us lost twice on the way here," Ruby threw back at him with a bit of resentment in her voice.

"Well..." Ziggy took a long moment to think. "I guess, for once, you are right."

"You know I'm absolutely right, Ziggy! Let's go, follow m I know a place we'll be safe tonight."

Ruby led Ziggy straight to the tree where Joshua was hiding.

Joshua pushed himself as deep as he could into the hollow of the tree, hoping they would not see him.

At the foot of the tree Ruby whispered, "It is up here in the depression of this old tree."

Joshua cringed. There was nowhere he could go, and the only way out was through them. It was so black; maybe the would miss him. Inches away, he heard a voice say, "Take m hand Ziggy, let me help you up."

"They must be children", Joshua thought. His hand, in his pocket, closed around his forgotten flashlight. He slowly withdrew his hand. Not wanting to frighten the children, he

whispered, "Don't be scared, I am here too."

Ziggy and Ruby stopped frozen by fright.

Joshua aimed the flashlight downward so as not to blind them. The three occupants were suddenly face to face with each other. Joshua gasped, "HAH", drawing his breath loudly. Two hideous green and yellow caterpillars, almost as big as he, eyed him. Large frightened eyes stared back at him. "They have big mouths and no ears," Joshua thought.

To Ziggy and Ruby the creature before them looked pale and sickly and had the smallest eyes they had ever seen. He did not even have antennae on his head, and strangest of all, he did not have a caterpillar body nor butterfly wings. All three screamed at once, and Joshua, out of fear, dropped his light, and all three backed away in opposite directions.

The scream had risen in the air, attracting the attention of the butterflies still circling above.

There was a pause, as they all seemed to hover.

"What was that noise?"

"It sounded like a cry!"

"For help?"

Two butterflies began to descend over the tree.

A blurred figure streaked through the sky.

An ear-piercing shriek shattered through the already confused scene. One of the butterflies from the circle above plummeted to the ground in a heap. The thud was a sickening sound. Together several yells were heard.

"Bats!!!"

"Bats."

"Bats, bats."

"Flee the night."

"Find cover."

"Save the Princess."

The Princess was already up ahead, almost out of sight.

In the hollow of the tree, listening to the noise from the sky, and fearing the bats more than their strange and new companion, the three huddled together for a moment, looking anxiously through the opening of the tree.

Up ahead, the carriers tightened their grip on the silky sheet closing the Princess inside, and sped ahead toward their castle.

Meanwhile the Queen, shielded by her guards, urged the fleeing four, "Protect her with your lives." She insisted to her warriors, "Forget about me, forget about the rest of us, and follow her."

Gus, the guard nearest the Queen, reassured her, "Have no worry, my Queen. You and our Princess will never be touched by any danger."

As they sped side by side, the Queen looked directly at him and said sadly, "You know what to do if they are about to capture her."

Touching his sword, he answered, "Nothing to worry about my Queen, any bat that comes close to her will not live."

"She cannot be captured alive," affirmed the Queen. "She would be made into a slave and turned into a hybrid. Even death is better than that."

"She will never be captured. I will protect her as I will protect you, with my life," Gus replied.

"Then do what you must. Leave me, and do whatever it takes to keep her alive," commanded the Queen.

"I will, my Queen," Gus saluted, and leaving her side followed after the four servants and Gabriella.

Behind them, hordes of bats descended from the black sky. The masses of circling male and female butterflies were vastly outnumbered. Disorganized and confused by the sudden attack, their formation spread in disarray.

The awful sounds had drawn the three occupants of the hollow tree to the opening to observe the battle. Forgetting for the moment their fear of each other, they were cowed by the awful spectacle in front of them.

Bats swarmed everywhere, black sabers slashed, cutting off butterfly wings, sending the beautiful creatures crashing to the ground. Occasionally Joshua noticed bright sparkling-like fireworks and saw that they were caused when a glowing crystal touched a dark saber. The dark saber would send off sparks and immediately glow, causing the bat to release it. With this advantage, the butterfly would move in and destroy the bat.

As the three watched, they could see that a bat's technique was always the same. Four or five of the dark velvety creatures would surround the butterfly, circling around, in, and out of its crystal light, as the butterfly turned and twisted to shine its light everywhere at once -an impossibility! They would tighten the circle and slice at the delicate colorful membrane of its wings until, unable to fly; it would crash to the ground.

The battle above the tree was almost over. Dark shapes dominated the air and the black sky. Fewer butterflies now

illuminated the night. Those colorful creatures of light that could follow in the direction of their queen did so, pursued by an undulating dark cloud of bats.

Joshua slipped from the tree onto the ground, dodging falling butterflies and a few bats crouching under bushes and running from tree to tree. He felt he was a part of the battle and was being pursued. Nothing had changed in his life, and this was even worse than the gang of four. Alone and unfamiliar with these woods, he did not know in which direction to flee. All he could do was keep running away from the awful scene behind him. He had heard the two caterpillars talking earlier about how bats would come afte them. As he ran, he thought they were coming after him now. It seemed like the butterflies were also looking for hir

"How much worse can it get? I'm on Altair and every living creature is chasing me on this weird planet. What ha I done to deserve this? Please, please let this end soon." Blinded by darkness, overtaken by fear, he smacked into a tree. Stunned and dizzy, he fell and landed flat on the soft ground. Stars passed before his eyes and then nothing.

In the air, Kokopelli, clutching the Eye of Light, had falle behind the disappearing queen. He was soon joined by butterflies fleeing the battle, still pursued by a legion of bats. Catching them in mid-flight, the bats swerved and circled them causing confusion and disrupting their forwar motion. Individual butterflies were culled from the group, singled out for destruction. Kokopelli, caught in the middle of the struggle, tried desperately to hide the shard. All the

remaining butterflies were aware of the importance of that hard and the predicament he was now in. If he used his sword to fight he would expose the Eye of Light to the bats. His only duty at that moment was to protect the precious Eye of Light, even if it meant losing his life.

Kokopelli's attempt to elude the pursuing bats caught the attention of Staryna, a vicious, strong, and especially angry female bat. She swung her dark scimitar through the wing of a butterfly, severing it before she turned her attention to the strange, old butterfly with the flowing hair, now at the edge of battle. She saw he was not defending himself; his sword was not drawn. She remembered him now from a previous battle, when he had fought valiantly and escaped unharmed. On silent wings she rose in the night sky to a height above the battle. Then taking careful note of his position, she folded her wings and plummeted like a missile toward the unsuspecting warrior. Kokopelli had avoided swords and sabers and sharp wings and was about to leave the shrieks and yells behind. His eyes were only on his escape to follow his queen. Suddenly he felt an alteration in the air. Looking behind him there was no one following, but looking up, he saw Staryna almost upon him. He dodged her first blow. Her wings flared, stopping her descent, and her voice shrieked, "Kokopelli!" Her wings beat as she rose to follow him, eyes glowing with anger. "We meet again, old man." She slashed after him with her dark scimitar.

Rising higher over the lake to increase his distance from her, Kokopelli yelled back, "Indeed we do, under the best and worst of circumstances!" He still had not drawn his

sword, hoping to find a way out.

Staryna hurled her scimitar at him. It missed its mark and fell back into the lake with a splash. She screamed at him, "I promised you once, not too long ago, that I would destroy you with my bare hands."

Kokopelli shifted his motion in the direction of the crystal palace. "A little too over-confident, as always, aren't you? Always hiding under the cloak of night, like something under a rock."

"You'll never have the chance to experience the advantage of daylight again, old man." She had caught up with Kokopelli and threw consecutive blows into his stomach, stopping his flight and bouncing him first downward and then skyward again. A last and most powerful blow tumbled him downward toward the lake.

Spreading his wings as far as he could stretch them, Kokopelli stopped his fall, and before Staryna could reach him again he regained his equilibrium, but revealed the crystal Eye of Light. Ignoring the valuable icon in his possession, Staryna only intended on destroying this butterfly warrior who had on previous occasions, eluded her in battle. Wings strongly feathering the air, Kokopelli moved further away, over the lake, and was now completely separate from the rest of the butterflies.

"You'll have no help from anyone else," Staryna cried. The fight was now just the way Staryna wanted it, one on one. Kokopelli soared and flipped, searching for Staryna, but she had disappeared. He hovered high in the dark sky, which

was now empty. From behind and above, Staryna dropped, feet first, into Kokopelli's neck and left wing. Taken by surprise, he flung his arms wide, releasing the crystal Eye of Light from his tight grip.

"Oh! No!" he thought in despair, as the crystal plunged to the lake. His left wing was ripped at the base next to his shoulder, and fluttered uselessly; he fell into a spiral toward the water below. Using only his good wing, he managed to turn the spiral into a glide and escaped the risk of drowning in the treacherous water below. Before Staryna could reposition herself for another attack, the wounded Kokopelli glided to the edge of the lake, defeated. In pain, he pulled himself up and for the first time, released his sword and waited for the bat. Hovering above him, laughing at her victory, she gloated, "Not tonight old man; my weapon is in the lake." He swung his crystal sword, and she backed away from the light, hovering even further away. She hurled her challenge, "Live with your regrets for now, old man, but very soon, your time will come to the end under my hands." Staryna rose higher in the air and disappeared in the night, blending with the dark, hissing, "You'll be stripped of every ounce of dignity before I am finished with you. We'll meet again, old man..." She continued, in the air, her angry voice receding farther and farther into the distance. Kokopelli sheathed his crystal sword in its scabbard attached to his belt and limped toward the tree line of forest, his left wing dragging behind him on the ground.

Ziggy and Ruby had left the tree shortly after Joshua,

headed in another direction through the trees toward the lake. Now, as Kokopelli neared the edge of the forest, he heard Ziggy's yell for help and the rush to escape. Sardonique had cornered the two caterpillars under a fallen tree trunk. Ruby cried in horror, "Ziggy! What're we going to do?"

In terror, Ziggy backed deeper into the fallen tree; he could do nothing to help his friend.

Sardonique reached in and seized Ruby. "Come here!" She pulled her free from the log, and both disappeared.

"Ruby! Ruby!" Ziggy screamed, but already Ruby was a prisoner of war. In shock, Ziggy crawled to the edge of the trunk and looked out. He heard Sardonique as she hovered overhead. "Calm down, little one, I'm not going to eat you."

And then she laughed. "Well not exactly eat you."

Struggling in her arms Ruby screamed "Let me go you dirty bat. You'll regret you put you hands on me, Ziggy!!!"

"Now, now," said Sardonique mockingly. "Just be nice. Silk from angry caterpillars tastes a bit sour." She tapped Ruby on the head. Ruby countered by doing the only thing she could. From the two highest spikes on her back she spat silk fiber in every direction, in an attempt to entangle Sardonique. But, instead of freeing herself she only managed to tie herself, one silk strand at a time, to her abductor.

Furious at Ruby's fate, Ziggy was hopeless to do anything about it. His guilt felt no bounds. He was responsible for her present situation. It was he who brought her to witness the initiation. He bent and found a rock, yelling, "Come on, you hairy beast!" He threw one stone and then another. "See

me! I'm right here, I am bigger and have more silk to offer. Let her go."

A warrior folded his wings and dove toward the oblivious Ziggy, whose whole attention was on the struggling Ruby. The bat glided swiftly down from the sky, hoping to catch Ziggy unaware. Ziggy, thinking he might reach Sardonique with his silk, bent his neck and shot a long sticky strand of liquid silk into the air. Surprised, the attacking bat spread his wings in an attempt to halt his flight. The liquid silk caught a wing, entangling it like a web. Thrown off course, the bat's eyes widened in surprise, then fear, and then panic, as he floundered to the lake's surface. After landing on the water, he tried to float, beating frantically with his wings, arms and legs flailing, and he quickly sank from view.

Pleased by his newly discovered ability, Ziggy felt momentarily like a full-fledged hero. He recklessly searched the sky again, hoping he could do something to save his friend; but there was no sign of Sardonique or Ruby. He had no choice but to accept her fate. They took a chance and lost. The danger of bats on Altair was inevitable.

"You are lucky you did not crash on dry land," yelled Ziggy at the now quiet lake. He turned his attention one more time to the skies and the battlefield, searching for another victim on which to try his successful attack technique. Several bats, stupid enough to risk their lives in capturing the fat caterpillar and to please Sardonique, also ended up tangled in raw silk and crashing into the lake.

"Four, five," Ziggy counted. Exhausted, he had used-up his natural biological resources of liquid silk. Silk could be

replenished, but there was always the danger of running low and the body not being able to produce enough new silk to be able to cocoon. In such cases the transformation into a butterfly was delayed or prevented completely. It was one of those things caterpillars were warned about from the day they were formed.

"Save your silk," is what his elders always told him, "use it wisely and do not waste it."

Although Ziggy had spit a lot of silk, he did not think it had been wasted. Fighting and destroying bats was a good cause to use it. Just maybe he had saved a few members of his race. Tired, Ziggy crawled once more into the shelter of the deep woods, and retreated under the bulky foliage of th[e] thick forest.

In his retreat, Ziggy wandered among the victims of the battle. He gently looked at some of the butterflies to see if there was anyone he knew. He saw one he thought he recognized, and quietly moved toward it. Closing in, he realized it was Joshua, who had hidden halfway under a bush. He pushed gently, and suddenly, in a flash, Joshua jumped to his feet. "Get away from me! What do you want?" Then he took off running all over again.

Startled, Ziggy screamed, "Hey! Where do you think you're going?" Giving chase, Ziggy kept Joshua in sight. Although Joshua was fast, Ziggy was no slowpoke. Afraid that he would get away, Ziggy lowered his head and shot a silky string around the boy's ankles. Tripped by the silk, Joshua fell flat on his face. His glasses flew off before he hi[t] the ground, and he landed at the base of a tree in front of