| | |
|---|---|
| 1 | ROBERT H. ROTSTEIN (SBN 72452), rxr@msk.com |
| 2 | ELAINE K. KIM (SBN 242066), ekk@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP |
| 4 | 11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683 |
| 5 | Telephone: (310) 312-2000<br>Facsimile: (310) 312-3100 |
| 6 | Attorneys for Defendants,   JS-6 |
| 7 | James Cameron, Lightstorm Entertainment, Inc.,<br>Twentieth Century Fox Film Corporation,<br>Dune Entertainment LP |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH SCHKEIBAN, an individual, | CASE NO. CV 12-0636-R (MANx) |
| Plaintiff, | Honorable Manuel L. Real |
| v. | **JUDGMENT IN FAVOR OF DEFENDANTS JAMES CAMERON, LIGHTSTORM ENTERTAINMENT, INC., TWENTIETH CENTURY FOX FILM CORPORATION, AND DUNE ENTERTAINMENT LP** |
| JAMES CAMERON, an individual; LIGHTSTORM ENTERTAINMENT, INC., a California corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; DUNE ENTERTAINMENT LP, a Delaware limited partnership, | |
| Defendants. | |

Mitchell Silberberg & Knupp LLP

4870324.1

[PROPOSED] JUDGMENT

**JUDGMENT**

The Court, having granted the motion to dismiss the Second Amended Complaint in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure of James Cameron, Lightstorm Entertainment, Inc., Twentieth Century Fox Film Corp. and Dune Entertainment LP, based on the Court's determination that Plaintiff Elijah Schkeiban's Second Amended Complaint failed to state a claim for relief and that Defendants were entitled to judgment as a matter of law on all causes of action against them,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Elijah Schkeiban shall recover nothing from Defendants James Cameron, Lightstorm Entertainment, Inc., Twentieth Century Fox Film Corp. and Dune Entertainment LP;

2. Defendants James Cameron, Lightstorm Entertainment, Inc., Twentieth Century Fox Film Corp. and Dune Entertainment LP shall have judgment in their favor on all causes of action set forth in the Second Amended Complaint; and

3. Defendants James Cameron, Lightstorm Entertainment, Inc., Twentieth Century Fox Film Corp. and Dune Entertainment LP shall recover from Plaintiff Elijah Schkeiban their costs in the sum of $_____.

The Clerk is ordered to enter this Judgment.

DATED:  OCT. 4, 2012        _____
                                                        The Manuel L. Real
                                                        United States District Judge