# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-12-636               Date: **November 26, 2012**

TITLE: ELIJAH SCHKEIBAN V. JAMES CAMERON et al
==================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| **William Horrell** | **Sheri Kleeger** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Jerry Kaufman                          Emily Evitt

PROCEEDINGS: Defendants' motion for attorney's fees and costs (fld 10-18-12)

The Court hears from counsel.

The Court DENIES defendants' motion, for reasons as stated on the record.

4 min

MINUTES FORM 90                         Initials of Deputy Clerk   WH
CIVIL -- GEN